**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number | **8:16-bk-10109-MGW** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:     Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. $     298,372.00

    1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $     276,738.00

    1c. Copy line 63, Total of all property on Schedule A/B................................................................ $     575,110.00

**Part 2:     Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $     794,082.65

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F................................* $     0.00

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F............................* $     362,563.96

**Your total liabilities** $     1,156,646.61

**Part 3:     Summarize Your Income and Expenses**

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I................................................................* $     26,245.24

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J.........................................................* $     30,569.21

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■  Yes

7.  **What kind of debt do you have?**

    ■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information                    page 1 of 2

Debtor 1    **John Allen Yanchunis, Sr.**                                        Case number *(if known)*  **8:16-bk-10109-MGW**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                 $         **40,641.42**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **0.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | 8:16-bk-10109-MGW |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | |
|---|---|---|
| **901 31st Ave. N.E.** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Saint Petersburg    FL    33704-0000** | ☐ Land | Current value of the entire property?    Current value of the portion you own? |
| City    State    ZIP Code | ☐ Investment property | $298,372.00    $298,372.00 |
| | ☐ Timeshare | |
| | ☐ Other | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | **Who has an interest in the property?** Check one | |
| | ☐ Debtor 1 only | |
| **Pinellas** | ☐ Debtor 2 only | |
| County | ☐ Debtor 1 and Debtor 2 only | |
| | ■ At least one of the debtors and another | ☐ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | **2016 Tax Assessed Value listed** | |

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>**    | $298,372.00

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **John Allen Yanchunis, Sr.**                                  Case number *(if known)*    **8:16-bk-10109-MGW**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Harley Davidson** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Sportster Custom** | ■ Debtor 1 only | |
| | Year: | **2009** | ☐ Debtor 2 only | |
| | Approximate mileage: | **4,050** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** |
| | Other information: | | ☐ At least one of the debtors and another | **Current value of the portion you own?** |

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$6,500.00**    Current value of the portion you own? **$6,500.00**

| 3.2 | Make: | **Jeep** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Wrangler** | ■ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | **40,800** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** |
| | Other information: | | ☐ At least one of the debtors and another | **Current value of the portion you own?** |

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$34,332.00**    Current value of the portion you own? **$34,332.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$40,832.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| **2 beds, 2 dressers, 2 lounge chairs, 1 couch, 3 shairs and dining room table, bookcase, cutlery, blender, coffee pot, microwave, vacuum cleaner, night stands, 2 small tables, desk and chair** | **$1,750.00** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| **2 televisions, radio, Ipad Pro, 2 iphones** | **$1,500.00** |
|---|---|

Debtor 1   John Allen Yanchunis, Sr.

Case number *(if known)*   **8:16-bk-10109-MGW**

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes.  Describe.....

| Baseball Memorabilia | $5,000.00 |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes.  Describe.....

| Padle Board, rowing machine, weights, bicycle | $2,070.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

| Miscellaneous clothing, shoes and accessories | $2,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

| Religious medal | $50.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

☐ No
■ Yes.  Describe.....

| Dog | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

15.   **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| $12,370.00 |

| **Part 4:** | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **John Allen Yanchunis, Sr.**                              Case number *(if known)*    **8:16-bk-10109-MGW**

■ Yes..................................................................................................

| | | |
|---|---|---|
| | **Cash** | **$15.00** |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking #2571** | **Bank of America** | **$111,721.00** |
| 17.2. | **Checking #8193** | **TD Bank** | **$3,000.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**

■ No
☐ Yes.  Give specific information about them...................
            Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
            Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.
            Type of account:          Institution name:

| | | |
|---|---|---|
| **401(k)** | **Morgan & Morgan** | **$46,500.00** |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
■ Yes. ....................    Institution name or individual:

| | |
|---|---|
| **Landlord Deposit** | **$1,300.00** |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| Debtor 1 | John Allen Yanchunis, Sr. | Case number *(if known)* | **8:16-bk-10109-MGW** |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☑ No
- ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☑ No
- ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☑ No
- ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Northwestern Mutual - Whole Life** | | **$61,000.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☑ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ☑ Yes. Describe each claim.........

| Claims against James, Hoyer, Newcomer & Smiljanich, P.A. and Founders Funding Group, LLC | **Undetermined** |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☑ No
- ☐ Yes. Describe each claim.........

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **John Allen Yanchunis, Sr.**                                    Case number *(if known)*    **8:16-bk-10109-MGW**

35. **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.............................................................................................................

$223,536.00

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☐ No. Go to Part 6.
    - ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☐ No
    - ■ Yes.  Describe.....

    | Entitlement to recovery for contingency fee cases | Undetermined |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ■ No
    - ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ■ No
    - ☐ Yes.  Describe.....

41. **Inventory**
    - ■ No
    - ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    - ☐ No
    - ■ Yes.  Give specific information about them...................

    Name of entity:                              % of ownership:

    | **James, Hoyer, Newcomer & Smiljanich, P.A. (dissolved 2015)** | **14.7%** | % | Undetermined |
    | **Founders Funding Group, LLC** | **14.7%** | % | Undetermined |

43. **Customer lists, mailing lists, or other compilations**
    - ■ No.
    - ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        - ■ No
        - ☐ Yes.  Describe.....

| Debtor 1 | **John Allen Yanchunis, Sr.** | Case number *(if known)* | **8:16-bk-10109-MGW** |

**44. Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...............................................................................................................

**$0.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

**$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |

| 55. | **Part 1: Total real estate, line 2** ........................................................................................... | | **$298,372.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$40,832.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$12,370.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$223,536.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61**... | **$276,738.00** | Copy personal property total ▸ | **$276,738.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$575,110.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:16-bk-10109-MGW** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **901 31st Ave. N.E. Saint Petersburg, FL 33704  Pinellas County 2016 Tax Assessed Value listed** Line from *Schedule A/B*: **1.1** | $298,372.00 | ■ | **100%** | Tenancy by the entireties/Fla. Stat. Section 222.25 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2015 Jeep Wrangler 40,800 miles** Line from *Schedule A/B*: **3.2** | $34,332.00 | ■ | **$1,000.00** | Fla. Stat. § 222.25(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 beds, 2 dressers, 2 lounge chairs, 1 couch, 3 shairs and dining room table, bookcase, cutlery, blender, coffee pot, microwave, vacuum cleaner, night stands, 2 small tables, desk and chair** Line from *Schedule A/B*: **6.1** | $1,750.00 | ■ | **$1,000.00** | Fla. Const. Art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 beds, 2 dressers, 2 lounge chairs, 1 couch, 3 shairs and dining room table, bookcase, cutlery, blender, coffee pot, microwave, vacuum cleaner, night stands, 2 small tables, desk and chair** Line from *Schedule A/B*: **6.1** | $1,750.00 | ■ | **$750.00** | Fla. Stat. Ann. § 222.25(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **John Allen Yanchunis, Sr.** | | Case number *(if known)* | **8:16-bk-10109-MGW** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2 televisions, radio, Ipad Pro, 2 iphones**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ | $1,500.00 | **Fla. Stat. Ann. § 222.25(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Miscellaneous clothing, shoes and accessories**<br>Line from *Schedule A/B*: **11.1** | $2,000.00 | ■ | $1,685.00 | **Fla. Stat. Ann. § 222.25(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Religious medal**<br>Line from *Schedule A/B*: **12.1** | $50.00 | ■ | $50.00 | **Fla. Stat. Ann. § 222.25(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dog**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■ | 100% | **Fla. Const. Art. X, § 4(a)(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $15.00 | ■ | $15.00 | **Fla. Stat. Ann. § 222.25(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **401(k): Morgan & Morgan**<br>Line from *Schedule A/B*: **21.1** | $46,500.00 | ■ | 100% | **Fla. Stat. § 222.21(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Northwestern Mutual - Whole Life**<br>Line from *Schedule A/B*: **31.1** | $61,000.00 | ■ | 100% | **Fla. Stat. § 222.14** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| **Fill in this information to identify your case:** |
| --- |

| Debtor 1 | **John Allen Yanchunis, Sr.** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number | 8:16-bk-10109-MGW | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A | Column B | Column C |
| --- | --- | --- | --- | --- | --- |
| | | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | | Do not deduct the value of collateral. | | If any |

**2.1** **Americredit Financial Services, Inc.**

Creditor's Name

**dba GM Financial**
**P.O. Box 183853**
**Arlington, TX 76096-3853**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**2015 Jeep Wrangler 40,800 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2015**          Last 4 digits of account number _____

| Column A | Column B | Column C |
| --- | --- | --- |
| **$31,600.00** | **$34,332.00** | **$0.00** |

**2.2** **Boston Finance Group, LLC**

Creditor's Name

**Attn:  Allyson Lazzara, Esq.**
**4912 Creekside Dr.**
**Clearwater, FL 33760**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**James, Hoyer, Newcomer & Smiljanich, P.A. (dissolved 2015) 14.7%**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Column A | Column B | Column C |
| --- | --- | --- |
| **$326,194.29** | **Unknown** | **Unknown** |

Debtor 1   __John Allen Yanchunis, Sr.__    Case number (if know)   __8:16-bk-10109-MGW__
First Name    Middle Name    Last Name

Date debt was incurred _____   Last 4 digits of account number _____

| 2.3 | **Internal Revenue Service** | Describe the property that secures the claim: | $34,722.36 | $298,372.00 | $34,722.36 |

Creditor's Name

**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**901 31st Ave. N.E. Saint Petersburg, FL 33704  Pinellas County 2016 Tax Assessed Value listed**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __2009 - 2012__   Last 4 digits of account number _____

| 2.4 | **U.S. Bank National Association** | Describe the property that secures the claim: | **Undetermined** | **$0.00** | **Unknown** |

Creditor's Name

**c/o Steven G. Powrozek, Esq.**
**4630 Woodland Corporate Blvd., #100**
**Tampa, FL 33614-2429**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**For informational purposes**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| 2.5 | **Wells Fargo Bank, N.A.** | Describe the property that secures the claim: | $401,566.00 | $298,372.00 | $103,194.00 |

Creditor's Name

**c/o ASC**
**P.O. Box 10388**
**Des Moines, IA 50306**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**901 31st Ave. N.E. Saint Petersburg, FL 33704  Pinellas County 2016 Tax Assessed Value listed**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

Debtor 1 **John Allen Yanchunis, Sr.**
First Name          Middle Name          Last Name

Case number (if know)    **8:16-bk-10109-MGW**

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$794,082.65** |
| **If this is the last page of your form, add the dollar value totals from all pages.** **Write that number here:** | **$794,082.65** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐    Name, Number, Street, City, State & Zip Code

**GM Financial**
**P.O. Box 78143**
**Phoenix, AZ 85062**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:16-bk-10109-MGW** |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | **Undetermined** | **Unknown** | **Unknown** |
| | Priority Creditor's Name | | | | |
| | **Centralized Insolvency Operations** | When was the debt incurred? _____ | | | |
| | **P.O. Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**2014-2015**

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                  **Total claim**

| Debtor 1 | **John Allen Yanchunis, Sr.** | Case number *(if know)* | **8:16-bk-10109-MGW** |

---

**4.1** | **BMW Financial Services NA, LLC**
Nonpriority Creditor's Name

**c/o Ascension Capital Group**
**P.O. Box 165028**
**Irving, TX 75016-5028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$24,947.07**

When was the debt incurred?     **2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2** | **Chase Bank**
Nonpriority Creditor's Name

**c/o Client Server**
**3451 Harry S. Truman Blvd.**
**Saint Charles, MO 63301-4047**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$9,646.66**

When was the debt incurred?     **1998**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3** | **Ken Heretick**
Nonpriority Creditor's Name

**125 562 St. S.**
**Saint Petersburg, FL 33701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$40,000.00**

When was the debt incurred?     **2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **John Allen Yanchunis, Sr.**                                                    Case number (if know)    **8:16-bk-10109-MGW**

---

| 4.4 | **Michael Heretick** | Last 4 digits of account number _____ | **$8,500.00** |

Nonpriority Creditor's Name
**4645 S. Semoran Blvd.**
**Orlando, FL 32822**

When was the debt incurred?    **2015, 2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.5 | **Nancy Harrison** | Last 4 digits of account number _____ | **$279,234.54** |

Nonpriority Creditor's Name
**2519 Harriman Circle**
**Tallahassee, FL 32308**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.6 | **Shell Oil Co.** | Last 4 digits of account number _____ | **$22.04** |

Nonpriority Creditor's Name
**P.O. Box 6406**
`
**Sioux Falls, SD 57117-6406**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **John Allen Yanchunis, Sr.**                          Case number *(if known)*   **8:16-bk-10109-MGW**

---

| 4.7 | **Stevens & Stevens** | Last 4 digits of account number _____ | $124.46 |

Nonpriority Creditor's Name
**P.O. Box 388**
**Pinellas Park, FL 33780**
Number Street City State Zip Code

When was the debt incurred?   **2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.8 | **T Mobile USA, Inc.** | Last 4 digits of account number _____ | $89.19 |

Nonpriority Creditor's Name
**c/o American InfoSource LP**
**P.O. Box 248848**
**Oklahoma City, OK 73124-8848**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BMW Financial Services**<br>**Customer Service Center**<br>**P.O. box 3608**<br>**Dublin, OH 43016-0306** | Line **4.1** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number _____ |
| **Steven E. Sellers, Esq.**<br>**3522 Thomasville Rd., #301**<br>**Tallahassee, FL 32309-3488** | Line **4.5** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number _____ |

---

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ |

---

Debtor 1  **John Allen Yanchunis, Sr.**                    Case number (if know)  **8:16-bk-10109-MGW**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | | 0.00 |
| | | | | | | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **Total Claim** 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 362,563.96 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 362,563.96 |

**Fill in this information to identify your case:**

| Debtor 1 | John Allen Yanchunis, Sr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number (if known) | 8:16-bk-10109-MGW | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Wendy Roberts** | **Lease of residence** |

**Fill in this information to identify your case:**

Debtor 1    **John Allen Yanchunis, Sr.**

          First Name           Middle Name           Last Name

Debtor 2

(Spouse if, filing)    First Name           Middle Name           Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number    **8:16-bk-10109-MGW**

(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors      12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Mary M. Yanchunis** | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.2   **Mary M. Yanchunis** | ■ Schedule D, line   **2.4**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**U.S. Bank National Association** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (If known) | **8:16-bk-10109-MGW** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Attorney** | |
| Employer's name | | **Morgan & Morgan** | |
| Employer's address | | **201 N. Franklin St., 7th Floor Tampa, FL 33602** | |
| How long employed there? | | **Since 2011** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $      **40,641.42** | $      N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$      **0.00** | +$      N/A |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $      **40,641.42** | $      N/A |

Debtor 1    **John Allen Yanchunis, Sr.**                                        Case number *(if known)*    **8:16-bk-10109-MGW**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $    **40,641.42** | $    **N/A** |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $    **10,593.36** | $    **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $    **0.00** | $    **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $    **0.00** | $    **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $    **0.00** | $    **N/A** |
| 5e. | **Insurance** | 5e. | $    **0.00** | $    **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $    **0.00** | $    **N/A** |
| 5g. | **Union dues** | 5g. | $    **0.00** | $    **N/A** |
| 5h. | **Other deductions.** Specify:   **Various** | 5h.+ | $    **3,802.82** | + $    **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $    **14,396.18**    $    **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $    **26,245.24**    **N/A**

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    **0.00** | $    **N/A** |
| 8b. | **Interest and dividends** | 8b. | $    **0.00** | $    **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    **0.00** | $    **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $    **0.00** | $    **N/A** |
| 8e. | **Social Security** | 8e. | $    **0.00** | $    **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $    **0.00** | $    **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $    **0.00** | $    **N/A** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $    **0.00** | + $    **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $    **0.00**    $    **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $    **26,245.24**    + $    **N/A**   = $    **26,245.24**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:    11.   +$    **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $    **26,245.24**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐   No.
    ☑   Yes. Explain:   | **Income is subject to change depending on amounts received from contingency fee cases** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (If known) | **8:16-bk-10109-MGW** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | | ■ No ☐ Yes |
| Daughter | 23 | ■ No ☐ Yes |
| Daughter | 23 | ■ No ☐ Yes |
| Son | 24 | ☐ No ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ | **1,300.00** |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a.  $ | **0.00** |
| 4b.    Property, homeowner's, or renter's insurance | 4b.  $ | **0.00** |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c.  $ | **0.00** |
| 4d.    Homeowner's association or condominium dues | 4d.  $ | **0.00** |
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ | **0.00** |

Debtor 1    **John Allen Yanchunis, Sr.**                          Case number (if known)    **8:16-bk-10109-MGW**

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **170.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **277.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **1,500.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **125.00** |
| 10. | **Personal care products and services** | | 10. | $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **20.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **110.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **602.87** |
| | 15c. | Vehicle insurance | 15c. | $ | **250.00** |
| | 15d. | Other insurance. Specify: **Disability** | 15d. | $ | **276.34** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **788.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | $ | **25,000.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | **30,569.21** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **30,569.21** |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $ | **26,245.24** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **30,569.21** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-4,323.97** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:16-bk-10109-MGW** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _John Allen Yanchunis, Sr._____  X _____
Signature of Debtor 1                Signature of Debtor 2

Date _1/10/2017_____              Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:16-bk-10109-MGW** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **135 4th Ave. NE Saint Petersburg, FL 33704** | From-To: **March 2013 to February 2016** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | **$487,697.01** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **John Allen Yanchunis, Sr.**                                           Case number *(if known)*   **8:16-bk-10109-MGW**

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$280,690.59** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$275,675.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| **See attached** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |



P.O. Box 15284
Wilmington, DE 19850

JOHN A YANCHUNIS
208 1/2 12TH AVE N
SAINT PETERSBURG, FL 33701-1738

### Customer service information

📞 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

✉ bankofamerica.com

📨 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for August 24, 2016 to September 22, 2016

Account number:   2571

**JOHN A YANCHUNIS**

## Account summary

| | |
|---|---|
| Beginning balance on August 24, 2016 | $1,870.58 |
| Deposits and other additions | 21,673.63 |
| ATM and debit card subtractions | -10,731.27 |
| Other subtractions | -7,766.96 |
| Checks | -3,919.11 |
| Service fees | -79.50 |
| **Ending balance on September 22, 2016** | **$1,047.37** |



See the ways you can pay using your phone

Now you can securely make purchases using your phone with the convenience of a digital wallet. Add your eligible credit and debit cards to your digital wallet and you'll enjoy the same great rewards and benefits.

Give it a try. Learn more at
**bankofamerica.com/ways2pay**

Your Bank of America®, Merrill Lynch® and U.S. Trust® consumer credit cards and your Bank of America® consumer and small business debit cards are eligible. U.S. Trust debit cards also qualify. Some restrictions apply.

SSM-01-16-8302.B ARBH7D86

 **Bank of America**

**Your checking account**

JOHN A YANCHUNIS | Account #        2571 | August 24, 2016 to September 22, 2016

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 08/24/16 | Counter Credit | 3,231.30 |
| 09/02/16 | Counter Credit | 465.92 |
| 09/06/16 | BKOFAMERICA ATM 09/03 #000007621 DEPOSIT SOUTH PASADENA        S PASADENA   FL | 3,500.00 |
| 09/06/16 | BKOFAMERICA ATM 09/06 #000006271 DEPOSIT DOWNTOWN TAMPA        TAMPA       FL | 370.00 |
| 09/06/16 | BKOFAMERICA ATM 09/06 #000007981 DEPOSIT DOWNTOWN TAMPA        TAMPA       FL | 5.00 |
| 09/07/16 | Counter Credit | 3,500.00 |
| 09/14/16 | Counter Credit | 2,490.14 |
| 09/19/16 | Counter Credit | 8,111.27 |
| **Total deposits and other additions** | | **$21,673.63** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 08/24/16 | CHECKCARD 0823 HILTON 211 RESTAU TAMPA        FL 55180136236050100022705 | -6.85 |
| 08/24/16 | CHECKCARD 0822 CHICK-FIL-A CV104 CINCINNATI   OH 15410196236531154328486 | -3.87 |
| 08/24/16 | CHECKCARD 0822 ITALIAN VILLAGE CHICAGO        IL 55446416236207499600808 | -38.00 |
| 08/24/16 | CHECKCARD 0823 CHICAGO CHOP HOUS CHICAGO      IL 55460296237286588900077 | -86.36 |
| 08/24/16 | BKOFAMERICA ATM 08/24 #000005225 WITHDRWL 135 S LASALLE      CHICAGO    IL | -100.00 |
| 08/25/16 | 841       SAKS 08/25 #000021063 PURCHASE 841        SAKS FI NEW YORK    NY | -44.09 |
| 08/26/16 | CHECKCARD 0825 DELTA MINN/ST PAUL MN 55417346239872391524751 | -65.00 |
| 08/26/16 | CHECKCARD 0826 HARRY CARAYS REST CHICAGO      IL 05314616239500230546330 | -55.91 |
| 08/29/16 | CHECKCARD 0827 MARRIOTT JW CHICA CHICAGO      IL 55432866240000148223221 | -424.99 |
| 08/29/16 | CHECKCARD 0826 MARRIOTT JW CHICA CHICAGO      IL 55432866239000546148825 | -1,274.97 |

continued on the next page

# Wherever you are in life, we're here

Meet one on one with a specialist. It can make a big difference in pursuing your goals.

 Buy a home

 Create a savings plan

 Save for your child's future

 Plan long-term goals

Set an appointment with a specialist today. Use the Mobile Banking app or visit **bankofamerica.com/talk**.

The Mobile Banking app is available on iPad, iPhone and Android devices. Not all Mobile Banking app features are available on all devices.

ARGRM8S8
SSM-12-15-0085.C

JOHN A YANCHUNIS   |   Account #       2571   |   August 24, 2016 to September 22, 2016

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 08/29/16 | CHECKCARD 0826 ABM PARKING TAMPA TAMPA     FL 75265866241226100594866 | -47.00 |
| 08/29/16 | CHECKCARD 0826 OUTBACK 2016 SAINT PETERSBFL 55432866240000016810562 | -41.00 |
| 08/29/16 | PUBLIX SUPER M 08/27 #000122736 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -92.08 |
| 08/29/16 | CHECKCARD 0827 CREME DE LA CREME TAMPA     FL 25247806240002705274898 | -53.50 |
| 08/29/16 | NORDSTROM 1702 08/27 #000809278 PURCHASE NORDSTROM 1702 N   TAMPA       FL | -83.30 |
| 08/29/16 | WHOLEFDS TPA 1 08/27 #000201532 PURCHASE 1548 N DALE MABRY TAMPA       FL | -68.89 |
| 08/29/16 | GK 3       08/27 #000301326 PURCHASE GK 3         TAMPA     FL | -19.04 |
| 08/29/16 | TRADER JOE'S.# 08/27 #000696571 PURCHASE TRADER JOE'S.#7   TAMPA       FL | -80.04 |
| 08/29/16 | PUBLIX SUPER M 08/27 #000079853 PURCHASE 1313 S DALE MABRY TAMPA       FL | -147.58 |
| 08/29/16 | LOWE'S #740    08/27 #000217211 PURCHASE 2365 25TH STREET  ST PETERSBURG FL | -51.60 |
| 08/29/16 | PUBLIX SUPER M 08/27 #000145086 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -28.63 |
| 08/29/16 | CHECKCARD 0828 DELTA ATLANTA     GA 55417346242872421371244 | -8.99 |
| 08/29/16 | CHECKCARD 0827 REDBOX *DVD RENTA OAKBROOK TER IL 55432866241000752362728 | -2.14 |
| 08/29/16 | TRADER JOE'S # 08/28 #000925332 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -27.43 |
| 08/30/16 | CHECKCARD 0829 MASTRO'S-OCEANCLU NEWPORT BEACHCA 55310206243206988000099 | -194.27 |
| 08/31/16 | CHECKCARD 0830 MARRIOTTJW L.A.LI 866-435-7627 CA 55432866243000828547490 | -384.17 |
| 09/01/16 | CHECKCARD 0831 MARRIOTT NEWPORT NEWPORT BCH  CA 55432866244000397292519 | -608.26 |
| 09/08/16 | SHELL Service 09/08 #000726624 PURCHASE SHELL Service S   SAINT PETERSB FL | -44.69 |
| 09/08/16 | PUBLIX SUPER M 09/08 #000162719 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -8.46 |
| 09/09/16 | CHECKCARD 0908 GOGOAIR.COM 877-350-0038 IL 55432866252000107853930 | -49.95 |
| 09/09/16 | CHECKCARD 0908 JIMMY JOHNS - 108 TAMPA     FL 05314616253500209843602 | -7.47 |
| 09/09/16 | WINN DIXIE #24 09/09 #000575235 PURCHASE 3327 9TH STREET N SAINT PETERSB FL | -46.91 |
| 09/09/16 | PUBLIX SUPER M 09/09 #000093304 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -61.58 |
| 09/12/16 | CHECKCARD 0909 HILTON 211 RESTAU TAMPA     FL 55180136253050100026159 | -10.00 |
| 09/12/16 | CHECKCARD 0908 AGENT FEE BOWEN TRAVEL FL 55417346253872532841677 | -30.00 |
| 09/12/16 | CHECKCARD 0908 DELTA TAMPA     FL 55417346253872534110733 | -464.20 |
| 09/12/16 | CHECKCARD 0908 THE AVENUE ST PETERSBURGFL 85486146253703304412057 | -15.84 |
| 09/12/16 | CHECKCARD 0909 WALL ST PLAZA ORLANDO     FL 55432866254000974683236 | -12.00 |
| 09/12/16 | CHECKCARD 0909 CITY OF ORLANDO P ORLANDO     FL 55310206253207497200284 | -12.00 |
| 09/12/16 | TRADER JOE'S # 09/10 #000915944 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -67.02 |
| 09/12/16 | THE FRESH MARK 09/10 #000776076 PURCHASE THE FRESH MARKETS  ST PETERSBURG FL | -52.72 |
| 09/12/16 | PUBLIX SUPER M 09/10 #000103804 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -145.49 |
| 09/12/16 | CHECKCARD 0910 PINCH A PENNY 65 TAMPA     FL 55421356255330140644471 | -35.28 |

continued on the next page

 **Bank of America**                    **Your checking account**

JOHN A YANCHUNIS  |  Account #        2571  |  August 24, 2016 to September 22, 2016

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/14/16 | CHECKCARD 0913 APL* ITUNES.COM/B 866-712-7753 CA 5543286625700067S303180 | -6.99 |
| 09/14/16 | PUBLIX SUPER M 09/14 #000143033 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -114.92 |
| 09/15/16 | CHECKCARD 0914 AMERICAN TAMPA     FL 5541734625987259245661B | -158.20 |
| 09/15/16 | CHECKCARD 0914 HARVEYS RESTAURAN SAINT PETERSBFL 55480776259200699401172 | -30.98 |
| 09/15/16 | PUBLIX SUPER M 09/14 #000072854 PURCHASE 3700 4TH STREET N ST PETERSBURG FL | -25.07 |
| 09/15/16 | WALGREENS STOR 09/15 #000025213 PURCHASE 801 7TH ST NW     WASHINGTON  DC | -27.25 |
| 09/16/16 | CHECKCARD 0914 AGENT FEE BOWEN TRAVEL FL 5541734625987259286S495 | -30.00 |
| 09/16/16 | CHECKCARD 0914 AGENT FEE BOWEN TRAVEL FL 5541734625987259286S479 | -30.00 |
| 09/16/16 | CHECKCARD 0914 DELTA TAMPA     FL 55417346259872594162297 | -990.20 |
| 09/16/16 | CHECKCARD 0915 LEGAL SEA FOODS # WASHINGTON  DC 55460296260207388600063 | -23.00 |
| 09/16/16 | CHECKCARD 0915 ITSUGAR 7TH ST WA WASHINGTON  DC 55310206260400097000094 | -21.97 |
| 09/16/16 | CHECKCARD 0915 ITSUGAR 7TH ST WA WASHINGTON  DC 55310206260400097000102 | -7.39 |
| 09/16/16 | CHECKCARD 0915 ABM PARKING TAMPA TAMPA     FL 7526586626035950060980G | -18.00 |
| 09/16/16 | RACETRAC441    09/15 #000273392 PURCHASE 12025 GANDY BLVD  ST PETERSBUR FL | -40.90 |
| 09/16/16 | SUNTRUST     09/16 #000060877 WITHDRWL @TIA - AIRSIDE F  TAMPA     FL | -102.95 |
| 09/16/16 | CVS/PHARMACY # 09/16 #000010398 PURCHASE 02759--845 4th St  St. Petersbu FL | -29.10 |
| 09/19/16 | CHECKCARD 0915 AGENT FEE BOWEN TRAVEL FL 55417346260872602835600 | -30.00 |
| 09/19/16 | CHECKCARD 0915 DELTA TAMPA     FL 55417346260872603986642 | -616.20 |
| 09/19/16 | CHECKCARD 0916 ABM PARKING TAMPA TAMPA     FL 75265866263366600616852 | -22.00 |
| 09/19/16 | CHECKCARD 0916 BODEGA ON CENTRAL ST PETERSBURGFL 55480776261207299602154 | -30.06 |
| 09/19/16 | CHECKCARD 0916 073080 BAYWALK 20 ST PETERSBURGFL 75265866263367700709224 | -18.19 |
| 09/19/16 | CHECKCARD 0917 CHILI S TOO TP101 TAMPA     FL 15410196261531226641955 | -12.50 |
| 09/19/16 | PUBLIX SUPER M 09/17 #000105412 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -149.61 |
| 09/19/16 | TRADER JOE'S # 09/17 #000970318 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -96.39 |
| 09/19/16 | PUBLIX SUPER M 09/17 #000032075 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -111.43 |
| 09/19/16 | TRADER JOE'S # 09/17 #000991475 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -19.50 |
| 09/19/16 | SHELL Service 09/17 #000598547 PURCHASE SHELL Service S   TAMPA     FL | -16.60 |
| 09/19/16 | OUTSPOKIN BICY 09/17 #000000016 PURCHASE 3300 S DALE MABRY  TAMPA     FL | -133.65 |
| 09/19/16 | CHECKCARD 0919 BRIGHT HOUSE NETW 317-972-9700 FL 55432866263000919501112 | -490.18 |
| 09/19/16 | DUKEENERGY EZ 09/18 #000984282 PURCHASE DUKEENERGY EZ PAY CHARLOTTE   NC | -146.61 |
| 09/19/16 | CVS/PHARMACY # 09/18 #000018663 PURCHASE 02759--845 4th St  St. Petersbu FL | -51.04 |

continued on the next page

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/19/16 | CHECKCARD 0918 HOME TEAM CAR WAS ST PETERSBURGFL 7550059626300947617311114 | -6.00 |
| 09/19/16 | DICKS SPORTING 09/18 #000145775 PURCHASE DICKS SPORTING GO  TAMPA         FL | ~42.80 |
| 09/19/16 | TRADER JOE'S # 09/18 #000308013 PURCHASE TRADER JOE'S #7    ST PETERSBURG FL | ~16.46 |
| 09/19/16 | PUBLIX SUPER M 09/18 #000088730 PURCHASE 1600 66TH STREET   ST PETERSBURG FL | -45.57 |
| 09/20/16 | CHECKCARD 0918 KINGS STREET FOOD ST PETERSBURGFL 85486146263703228698292 | ~22.33 |
| 09/20/16 | CHECKCARD 0919 VTS PATRIOT TAXI CHICAGO     IL 55490406264263418784125 | ~55.49 |
| 09/21/16 | CHECKCARD 0920 BELLAGIO - ADV DE 08552755733 NV 55310206265698841515912 | -262.08 |
| 09/22/16 | CHECKCARD 0921 RENAISSANCE HOTEL CHICAGO     IL 55432866265000245925090 | -668.01 |
| 09/22/16 | CHECKCARD 0920 NYC TAXI 2W46 JACKSON HEIGHNY 15410196265090295347925 | ~59.34 |
| 09/22/16 | CHECKCARD 0922 NEW YORK MARRIOTT NEW YORK    NY 55432866266000805357113 | -789.53 |
| 09/22/16 | CHECKCARD 0921 BE RELAX SPA JFK JAMAICA     NY 55309596265206000000515 | ~61.21 |

**Total ATM and debit card subtractions**                                       **-$10,731.27**

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 08/26/16 | FL TLR cash withdrawal from CHK 2571 | -1,600.00 |
| 08/26/16 | AMERICAN EXPRESS DES:ACH PMT   ID:V2536 INDN:JOHN YANCHUNIS     CO ID:1133133497 PPD | -500.00 |
| 09/06/16 | Adjustment/Correction Of Posted Item | -500.00 |
| 09/08/16 | FL TLR transfer to CHK 8520 | -1,300.00 |
| 09/19/16 | FL TLR cash withdrawal from CHK 2571 | -1,600.00 |
| 09/20/16 | GMFinancia     DES:GMFinancia ID:000454891680 INDN:000454891680     CO ID:9405643002 TEL | -2,266.96 |

**Total other subtractions**                                                     **-$7,766.96**

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 09/07/16 | 149 | -1,000.00 | | 09/21/16 | 161* | ~19.11 |
| 09/06/16 | 156* | -2,900.00 | | | | |
| | | | | **Total checks** | | **-$3,919.11** |
| | | | | **Total # of checks** | | **3** |

* There is a gap in sequential check numbers

 **Bank of America**

**Your checking account**

JOHN A YANCHUNIS   |   Account #        ?571   |   August 24, 2016 to September 22, 2016

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date | We refunded to you a total of $140.00 in fees for Overdraft and/or NSF: Returned Items this year. |
|---|---|---|---|
| Total Overdraft fees | $35.00 | $105.00 | |
| Total NSF: Returned Item fees | $0.00 | $175.00 | |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low
Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|---|---|---|
| 09/06/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-06 | -35.00 |
| 09/16/16 | SUNTRUST        09/16 #000060877 WITHDRWL @TIA – AIRSIDE F   TAMPA FL   FEE | -2.50 |
| 09/19/16 | Stop Payment Fee | -30.00 |
| 09/22/16 | Monthly Maintenance Fee | -12.00 |

**Total service fees** **-$79.50**

*Note your Ending Balance already reflects the subtraction of Service Fees.*



JOHN A YANCHUNIS  |  Account # .     2571  |  August 24, 2016 to September 22, 2016

## Check images

**Account number: :**     2571

Check number: 149  |  Amount: $1,000.00



Check number: 156  |  Amount: $2,900.00



Check number: 161  |  Amount: $19.11




**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

JOHN A YANCHUNIS
208 1/2 12TH AVE N
SAINT PETERSBURG, FL 33701-1738

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

📶 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for September 23, 2016 to October 21, 2016

Account number:          2571

**JOHN A YANCHUNIS**

## Account summary

| | |
|---|---|
| Beginning balance on September 23, 2016 | $1,047.37 |
| Deposits and other additions | 12,771.76 |
| ATM and debit card subtractions | -7,235.94 |
| Other subtractions | -6,020.03 |
| Checks | -253.26 |
| Service fees | -82.38 |
| **Ending balance on October 21, 2016** | **$227.52** |



See the ways
you can pay
using your phone

Now you can securely make purchases using your
phone with the convenience of a digital wallet. Add
your eligible credit and debit cards to your digital wallet
and you'll enjoy the same great rewards and benefits.

Give it a try. Learn more at
**bankofamerica.com/ways2pay**

Your Bank of America®, Merrill Lynch® and U.S. Trust® consumer credit cards and your Bank of America® consumer
and small business debit cards are eligible. U.S. Trust debit cards also qualify. Some restrictions apply.

SSM-01-16-8302.B  ARII7DB6



**Your checking account**

JOHN A YANCHUNIS | Account #          2571 | September 23, 2016 to October 21, 2016

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/16 | Counter Credit | 4,426.77 |
| 09/29/16 | Deposit | 3,152.77 |
| 09/30/16 | Counter Credit | 1,565.91 |
| 10/13/16 | Counter Credit | 660.40 |
| 10/14/16 | Counter Credit | 2,965.91 |
| **Total deposits and other additions** | | **$12,771.76** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/16 | CHECKCARD 0921 AGENT FEE BOWEN TRAVEL FL 55417346266872662925998 | -30.00 |
| 09/23/16 | CHECKCARD 0921 JETBLUE 08005382583 FL 55488726266246900243877 | -310.10 |
| 09/23/16 | CHECKCARD 0921 JETBLUE 08005382583 UT 55488726266629000414060 | -50.00 |
| 09/23/16 | CHECKCARD 0921 JETBLUE 08005382583 UT 55488726266629000414078 | -20.00 |
| 09/23/16 | CHECKCARD 0922 ABM PARKING TAMPA TAMPA      FL 75265866266400000562428 | -54.00 |
| 09/23/16 | GIANT OIL # 11 09/23 #000906681 PURCHASE 2731 4TH STREET N ST PETERSBURG FL | -23.34 |
| 09/23/16 | CVS/PHARMACY # 09/23 #000016054 PURCHASE 04181--220 E Madi Tampa      FL | -24.58 |
| 09/23/16 | FRESH MKT-071 09/23 #000690428 PURCHASE FRESH MKT-071 STA TAMPA      FL | -58.96 |
| 09/26/16 | CHECKCARD 0923 FINE WINE & TOBAC WESTLAKE    OH 25247806268002370309323 | -87.44 |
| 09/26/16 | CHECKCARD 0923 JOTO THAI-SUSHI TAMPA      FL 55309596268838000017292 | -16.04 |
| 09/26/16 | HAINES ROAD AN 09/24 #000135758 PURCHASE HAINES ROAD ANIMA ST PETERSBURG FL | -408.96 |
| 09/26/16 | PUBLIX SUPER M 09/24 #000138663 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -55.59 |
| 09/26/16 | STEIN MAR 218 09/24 #000626433 PURCHASE STEIN MAR 218 37t St. Petersbur FL | -23.51 |

continued on the next page

# Wherever you are in life, we're here

Meet one on one with a specialist. It can make a big difference in pursuing your goals.

 Buy a home

 Create a savings plan

 Save for your child's future

 Plan long-term goals

Set an appointment with a specialist today. Use the Mobile Banking app or visit **bankofamerica.com/talk**.

The Mobile Banking app is available on iPad, iPhone and Android devices. Not all Mobile Banking app features are available on all devices.

ARGRM8S8
SSM-12-15-0085.C

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions – continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/26/16 | TRADER JOE'S # 09/24 #000458009 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -32.74 |
| 09/26/16 | CVS/PHARMACY # 09/25 #000116168 PURCHASE 00149--294 37th A  St Petersburg FL | -79.02 |
| 09/26/16 | PUBLIX SUPER M 09/25 #000032728 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -220.54 |
| 09/26/16 | FRESH MKT-071  09/25 #000185990 PURCHASE FRESH MKT-071 STA  TAMPA         FL | -141.67 |
| 09/26/16 | TRADER JOE'S.# 09/25 #000525913 PURCHASE TRADER JOE'S.#7   TAMPA       FL | -78.64 |
| 09/26/16 | PUBLIX SUPER M 09/25 #000113603 PURCHASE 1313 S DALE MABRY  TAMPA         FL | -33.03 |
| 09/26/16 | CHECKCARD  0926 BRIGHT HOUSE NETW 317-972-9700 FL 55432866270000876114231 RECURRING | -437.48 |
| 09/26/16 | PUBLIX SUPER M 09/26 #000075056 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -43.56 |
| 09/26/16 | CVS/PHARMACY # 09/26 #000019823 PURCHASE 00149--294 37th A  St Petersburg FL | -5.49 |
| 09/27/16 | CHECKCARD  0927 APL* ITUNES.COM/B 866-712-7753 CA 55432866271000561503911 | -9.98 |
| 09/27/16 | CHECKCARD  0926 JIMMY JOHNS - 108 TAMPA      FL 05314616271500212398899 | -7.47 |
| 09/27/16 | CHECKCARD  0926 BAYFRONT CONVENIE SAINT PETERSBFL 55436876270172706551919 | -50.00 |
| 09/27/16 | MIKES FOOD & F 09/27 #000960104 PURCHASE 4702 W GANDY BLVD  TAMPA        FL | -30.04 |
| 09/27/16 | TRADER JOE'S # 09/27 #000554235 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -8.96 |
| 09/28/16 | CHECKCARD  0926 MINIINTHEBOX COM COVENTRY      1527636262720002286921379 | -12.59 |
| 09/28/16 | CHECKCARD  0927 HILTON 211 RESTAU TAMPA      FL 55180136271050100021422 | -10.00 |
| 09/28/16 | CHECKCARD  0927 BLAKE PHARMACY LL NEW PORT RICHFL 25247806271002725094260 | -10.00 |
| 09/28/16 | SHELL Service  09/28 #000826181 PURCHASE SHELL Service S   SAINT PETERSB FL | -14.37 |
| 09/28/16 | PUBLIX SUPER M 09/28 #000111523 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -84.57 |
| 09/29/16 | CHECKCARD  0927 STARBUCKS STORE 0 LAKE MARY   FL 55432866272000126466181 | -20.00 |
| 09/29/16 | CHECKCARD  0928 HILTON 211 RESTAU TAMPA      FL 55180136272050100023724 | -39.64 |
| 09/29/16 | CHECKCARD  0928 First Watch Resta TAMPA      FL 25247806272002800110816 | -11.62 |
| 09/29/16 | WHOLEFDS TPA 1 09/29 #000205838 PURCHASE 1548 N DALE MABRY  TAMPA        FL | -128.41 |
| 09/30/16 | CHECKCARD  0929 JIMMY JOHNS - 108 TAMPA      FL 05314616274500213126379 | -7.47 |
| 09/30/16 | OFFICE DE 236  09/30 #000227720 PURCHASE OFFICE DE 236 3TH  ST PETERSBURG FL | -35.30 |
| 09/30/16 | TRADER JOE'S # 09/30 #000174395 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -49.77 |
| 09/30/16 | CVS/PHARMACY # 09/30 #000010922 PURCHASE 05234--301 3rd St  Saint Petersb FL | -7.99 |
| 10/03/16 | CHECKCARD  0930 HILTON 211 RESTAU TAMPA      FL 55180136274050100033390 | -4.55 |
| 10/03/16 | CHECKCARD  0929 FAVORITE RUN SHOP 925-361-2788 CA 85347036274001248793014 | -83.95 |
| 10/03/16 | CHECKCARD  0930 SAMARIA CAFE TAMPA      FL 25247806274003012240894 | -11.62 |
| 10/03/16 | CHECKCARD  0930 FRESH KITCHEN TAMPA      FL 25536066275103010569508 | -9.77 |
| 10/03/16 | CHECKCARD  0930 THE AVENUE ST PETERSBURGFL 85486146276703304411771 | -39.10 |
| 10/03/16 | BKOFAMERICA ATM 10/01 #000006907 WITHDRWL DOWNTOWN ST PETE   ST PETERSBURG FL | -200.00 |

continued on the next page



**Your checking account**

JOHN A YANCHUNIS | Account # .    2571 | September 23, 2016 to October 21, 2016

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions – continued

| Date | Description | Amount |
|------|-------------|--------|
| 10/03/16 | CHECKCARD 1001 ROGERS CLEANERS A ST PETERSBURGFL 5542135627698712423 6783 | -53.87 |
| 10/03/16 | WAWA STORE 515 10/01 #000300067 PURCHASE WAWA STORE 5159   SAINT PETERSB FL | -39.76 |
| 10/03/16 | MAZZARO'S ITAL 10/01 #000744972 PURCHASE 2909 22ND AVE N   SAINT PETERSB FL | -75.03 |
| 10/03/16 | THE FRESH MARK 10/01 #000702569 PURCHASE THE FRESH MARKETS ST PETERSBURG FL | -84.76 |
| 10/03/16 | PUBLIX SUPER M 10/01 #000156225 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -29.54 |
| 10/03/16 | SHELL Service 10/02 #000203247 PURCHASE SHELL Service S   TAMPA       FL | -29.29 |
| 10/03/16 | DICKS SPORTING 10/02 #000148158 PURCHASE DICKS SPORTING GO  TAMPA       FL | -337.03 |
| 10/03/16 | MICHAELS STORE 10/02 #000009889 PURCHASE MICHAELS STORES I  TAMPA       FL | -99.08 |
| 10/03/16 | FRESH MKT-071 10/02 #000152717 PURCHASE FRESH MKT-071 STA  TAMPA       FL | -78.72 |
| 10/03/16 | PUBLIX SUPER M 10/02 #000115995 PURCHASE 1313 S DALE MABRY  TAMPA       FL | -25.58 |
| 10/03/16 | BKOFAMERICA ATM 10/02 #000005125 WITHDRWL MADRID SQUARE    ST PETERSBURG FL | -300.00 |
| 10/03/16 | CHECKCARD 1003 ETSY.COM BROOKLYN    NY 2553606627710400 0547536 | -21.25 |
| 10/04/16 | CHECKCARD 1003 US DISTRICT COURT 415-522-4621 CA 0543684627 8600033980179 | -305.00 |
| 10/05/16 | CHECKCARD 1004 AT&T*BILL PAYMENT 08003310500 TX 5548077627 8033190289701 RECURRING | -516.03 |
| 10/06/16 | CHECKCARD 1005 EPTL47268490 2627 8773268689  FL 5545702628 0026167452658 | -455.40 |
| 10/06/16 | TRADER JOE'S.# 10/06 #000119894 PURCHASE TRADER JOE'S.#7   TAMPA       FL | -51.76 |
| 10/07/16 | CHECKCARD 1006 JIMMY JOHNS - 108 TAMPA       FL 0531461628150021311 6629 | -7.47 |
| 10/07/16 | CHECKCARD 1006 JOTO THAI-SUSHI TAMPA       FL 5530959628183800 0022790 | -24.58 |
| 10/07/16 | SHELL Service 10/07 #000579793 PURCHASE SHELL Service S   SAINT PETERSB FL | -13.03 |
| 10/11/16 | CHECKCARD 1007 FRESH KITCHEN - S ST. PETERSBURFL 255360662821030115 01568 | -9.51 |
| 10/11/16 | CHECKCARD 1008 GOGOAIR.COM 877-350-0038 IL 5543286628200037 8522879 | -49.95 |
| 10/11/16 | BKOFAMERICA ATM 10/08 #000005487 WITHDRWL NORTHEAST ST PET   ST PETERSBURG FL | -100.00 |
| 10/11/16 | CHECKCARD 1008 EXXONMOBIL   973 SAINT PETERSBFL 1548680628337800 8330051 | -33.73 |
| 10/11/16 | PUBLIX SUPER M 10/08 #000046185 PURCHASE 250 3RD STREET SO  ST PETERSBURG FL | -66.69 |
| 10/11/16 | TRADER JOE'S # 10/08 #000388571 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -25.10 |
| 10/11/16 | CHECKCARD 1008 CREME DE LA CREME TAMPA       FL 2524780628200081 6277429 | -40.66 |
| 10/11/16 | PUBLIX SUPER M 10/08 #000163082 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -32.79 |
| 10/11/16 | PUBLIX SUPER M 10/08 #000081060 PURCHASE 3700 4TH STREET N  ST PETERSBURG FL | -7.80 |
| 10/14/16 | CVS/PHARMACY # 10/14 #000022656 PURCHASE 04181--220 E Madi  Tampa       FL | -7.48 |
| 10/14/16 | AMAZON.COM    10/14 #000TC6I0U PURCHASE AMAZON.COM       SEATTLE    WA | -12.28 |

continued on the next page

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 10/14/16 | PAYPAL 'KENNET 10/14 #000740627 PURCHASE 2211 North First San Jose    CA | -178.00 |
| 10/14/16 | AMAZON.COM    10/14 #000W956RX PURCHASE AMAZON.COM        SEATTLE    WA | -9.99 |
| 10/17/16 | CHECKCARD 1015 HILTON 211 RESTAU TAMPA      FL 5518013628905010029185 | -20.00 |
| 10/17/16 | CHECKCARD 1016 APL* ITUNES.COM/B 866-712-7753 CA 5543286629000712838544 | -3.97 |
| 10/17/16 | CHECKCARD 1014 SUBWAY      000 TAMPA      FL 15410196289255167448646 | -6.79 |
| 10/17/16 | AMAZON.COM    10/14 #000XEDK5M PURCHASE AMAZON.COM        SEATTLE    WA | -27.75 |
| 10/17/16 | CHECKCARD 1014 PANERA BREAD #334 TAMPA      FL 05140486288720048960444 | -9.37 |
| 10/17/16 | CHECKCARD 1014 PANERA BREAD #334 TAMPA      FL 05140486288720048960451 | -4.17 |
| 10/17/16 | CHECKCARD 1014 ENGINE NO 9 INC SAINT PETERSBFL 55480776289207201601821 | -76.57 |
| 10/17/16 | WAL Wal-Mart S 10/15 #000387665 PURCHASE 4690 WAL-SAMS    ST PETERSBURG FL | -62.40 |
| 10/17/16 | SHELL Service 10/15 #000419398 PURCHASE SHELL Service S   SAINT PETERSB FL | -20.00 |
| 10/17/16 | LESLIE'S POOL 10/15 #000213759 PURCHASE 280 37TH AVE      ST. PETERSBUR FL | -51.35 |
| 10/17/16 | NST THE HOME D 10/15 #000817201 PURCHASE 8815 FLORIDA AVE   TAMPA      FL | -48.07 |
| 10/17/16 | TRADER JOE'S # 10/15 #000690284 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -77.68 |
| 10/17/16 | ABC FINE 3535 10/15 #000211822 PURCHASE ABC FINE 3535 4T ST PETERSBURG FL | -71.66 |
| 10/17/16 | CHECKCARD 1015 OGGI ITALIAN REST TAMPA      FL 55500366290200388400102 | -41.24 |
| 10/17/16 | MICHAELS STORE 10/15 #000170544 PURCHASE MICHAELS STORES I TAMPA      FL | -35.61 |
| 10/17/16 | TRADER JOE'S # 10/16 #000600923 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -12.81 |
| 10/17/16 | PUBLIX SUPER M 10/16 #000050997 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -129.68 |
| 10/17/16 | PUBLIX SUPER M 10/16 #000152782 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -26.08 |
| 10/17/16 | CHECKCARD 1016 HASLAMS BOOK STOR ST PETERSBURGFL 55436876290172902254876 | -18.18 |
| 10/17/16 | CHECKCARD 1016 AMERICAN TAMPA      FL 55417346291872912219647 | -60.00 |
| 10/18/16 | CHECKCARD 1017 CHICK-FIL-A #69 ATLANTA      GA 55425656292286988801504 | -7.54 |
| 10/18/16 | CHECKCARD 1017 SHELLIS NEWS GATE ATLANTA      GA 55436876292132920231783 | -2.15 |
| 10/20/16 | CHECKCARD 1019 HERTZ RENT-A-CAR LOS ANGELES CA 55178426293613378805504 | -179.85 |

**Total ATM and debit card subtractions**                                      **-$7,235.94**

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/16 | Mobile/Email Transfer Conf# m3szhm1xf; yanchunis, catherine | -900.00 |
| 09/26/16 | FL TLR cash withdrawal from CHK 2571 | -1,500.00 |
| 09/26/16 | SHELL PAYMENT   DES:CHECK PYMT CHECK #:150 INDN:472128615406006      CO<br>ID:CITICHCKTC ARC | -191.30 |
| 10/04/16 | FL TLR transfer to CHK 8520 | -1,300.00 |

continued on the next page



**Bank of America**                                    **Your checking account**

JOHN A YANCHUNIS  |  Account #          571  |  September 23, 2016 to October 21, 2016

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | | Amount |
|------|-------------|---|-------|
| 10/11/16 | SHELL PAYMENT   DES:CHECK PYMT CHECK #:185  INDN:472139595617536<br>ID:CITICHCKTC ARC | CO | -102.76 |
| 10/11/16 | MENS HEALTH MAG  DES:8006662303 CHECK #:0186  INDN:225491150<br>ID:30015598W1 ARC | CO | -25.97 |
| 10/17/16 | FL TLR cash withdrawal from CHK 2571 | | -2,000.00 |
| **Total other subtractions** | | | **-$6,020.03** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 09/23/16 | 148 | -134.28 |
| 10/04/16 | 157* | -55.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 09/23/16 | 162* | -63.98 |

| | |
|---|---|
| **Total checks** | **-$253.26** |
| **Total # of checks** | **3** |

* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date | We refunded to you a total of $140.00 in fees for Overdraft and/or NSF: Returned Items this year. |
|------|-----------------------|--------------------|-------------------------------------------------------------------------------------------------|
| Total Overdraft fees | $70.00 | $175.00 | |
| Total NSF: Returned Item fees | $0.00 | $175.00 | |

**To help avoid overdraft and returned item fees, you can set up:**

  Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low
  Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

continued on the next page

JOHN A YANCHUNIS  |  Account #        2571  |  September 23, 2016 to October 21, 2016

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 09/28/16 | CHECKCARD  0926 MINIINTHEBOX COM COVENTRY<br>15276326272000286921379 INTERNATIONAL TRANSACTION FEE | -0.38 |
| 09/29/16 | CHECK ORDER00075 DES:FEE          ID:05SJ0549<br>PMT INFO: PRODUCT(S): 11.21     S&H: 0.00     FL TAX: 0.79 | ~12.00 |
| 10/11/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-11 | -35.00 |
| 10/11/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-11 | -35.00 |

## Total service fees                                                                                              -$82.38

*Note your Ending Balance already reflects the subtraction of Service Fees.*



JOHN A YANCHUNIS  |  Account #          2571  |  September 23, 2016 to October 21, 2016

## Check images

**Account number:**          2571

Check number: 148  |  Amount: $134.28



Check number: 157  |  Amount: $55.00



Check number: 162  |  Amount: $63.98





P.O. Box 15284
Wilmington, DE 19850

JOHN A YANCHUNIS
208 1/2 12TH AVE N
SAINT PETERSBURG, FL 33701-1738

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖱 bankofamerica.com

💻 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for October 22, 2016 to November 21, 2016

**JOHN A YANCHUNIS**

Account number:     2571

## Account summary

| | |
|---|---|
| Beginning balance on October 22, 2016 | $227.52 |
| Deposits and other additions | 210,811.91 |
| ATM and debit card subtractions | −18,134.21 |
| Other subtractions | −78,291.09 |
| Checks | −65.59 |
| Service fees | −92.00 |
| **Ending balance on November 21, 2016** | **$114,456.54** |

# Wherever you are in life, we're here

Meet one on one with a specialist. It can make a big difference in pursuing your goals.

 Buy a home

 Create a savings plan

 Save for your child's future

 Plan long-term goals

Set an appointment with a specialist today. Use the Mobile Banking app or visit **bankofamerica.com/talk**.

The Mobile Banking app is available on iPad, iPhone and Android devices. Not all Mobile Banking app features are available on all devices.

ARGRMBS8
SSM-12-15-0085.C



**Bank of America**

## Your checking account

JOHN A YANCHUNIS   |   Account #       2571   |   October 22, 2016 to November 21, 2016

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 10/31/16 | Counter Credit | 3,465.91 |
| 10/31/16 | Counter Credit | 300.00 |
| 11/02/16 | Counter Credit | 1,940.00 |
| 11/08/16 | WIRE TYPE:WIRE IN DATE: 161108 TIME:1103 ET TRN:2016110800225410 SEQ: /000200 ORIG: LAW OFFICE OF JEAN SUTTO ID:62004775 SND BK: CENTERSTATE BANK OF FLORIDA, ID:063116737 | 140,000.00 |
| 11/14/16 | Counter Credit | 65,106.00 |

**Total deposits and other additions**                                      **$210,811.91**

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 10/24/16 | CHECKCARD 1021 MAGGIANOS TAMPA TAMPA        FL 55263526296200688203552 | -124.62 |
| 10/24/16 | CHECKCARD 1022 SQ *FRESH BAKED G BRADENTON   FL 55429506296740324537916 | -24.00 |
| 10/24/16 | CHECKCARD 1022 EXXONMOBIL   973 SAINT PETERSBFL 15486806297378009233829 | -44.10 |
| 10/24/16 | CHECKCARD 1022 073080 BAYWALK 20 ST PETERSBURGFL 75265866298602402038061 | -10.97 |
| 10/24/16 | PUBLIX SUPER M  10/23 #000167759 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -41.57 |
| 10/31/16 | AMAZON.COM     10/29 #000J8EUBG PURCHASE AMAZON.COM     SEATTLE    WA | -192.59 |
| 10/31/16 | BKOFAMERICA ATM 10/31 #000008277 WITHDRWL DOWNTOWN ST PETE   ST PETERSBURG FL | -80.00 |
| 11/01/16 | CHECKCARD 1031 JIMMY JOHNS - 108 TAMPA      FL 05314616306500196218252 | -7.47 |
| 11/02/16 | CHECKCARD 1031 CASSIS AMERICAN B SAINT PETERSBFL 25247806306000011279750 | -330.00 |
| 11/02/16 | CHECKCARD 1101 APL* ITUNES.COM/B 866-712-7753 CA 55432866306000922819609 | -0.99 |
| 11/02/16 | CHECKCARD 1102 BRIGHT HOUSE NETW 317-972-9700 FL 55432866307000410463083 RECURRING | -197.80 |

*continued on the next page*

Let's use all our connections to fight hunger

Go to **bankofamerica.com/fighthunger**
to donate and encourage your
friends to do the same.

FEEDING AMERICA   GIVE A MEAL

For every
$1 you donate,
we'll give
$2 more.*

*All donations, including the Bank of America Foundation's matching donations, will go to the Feeding America network (the Feeding America National Office, or affiliated local food banks). For individual donations made to Feeding America through the Give a Meal™ program before December 31, 2016, the Foundation will match each donation (up to $1,000 per donor) two-to-one, with a maximum total Foundation donation of up to $50,000 to any individual local food bank and an aggregate maximum Foundation donation of up to $1,500,000 for all Feeding America programs. Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation       SSM-08-16-0100.B  |  ARBPSDKK

JOHN A YANCHUNIS  |  Account #        2571  |  October 22, 2016 to November 21, 2016

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/16 | CHECKCARD 1102 First Watch Resta TAMPA        FL 25247806307000160158671 | ~11.62 |
| 11/03/16 | CHECKCARD 1102 FRESH KITCHEN - S ST. PETERSBURFL 25536066308103009801673 | -9.51 |
| 11/04/16 | CHECKCARD 1103 JIMMY JOHNS - 108 TAMPA        FL 05314616309500202142899 | -7.47 |
| 11/04/16 | CHECKCARD 1103 Miguels Mexican S TAMPA        FL 25247806308000287040546 | ~13.51 |
| 11/04/16 | CHECKCARD 1103 Miguels Mexican S TAMPA        FL 25247806308000287040157 | ~72.67 |
| 11/04/16 | RACETRAC441    11/04 #000470573 PURCHASE RACETRAC441        ST PETERSBUR FL | ~40.99 |
| 11/07/16 | CHECKCARD 1104 DELTA DELTA.COM  CA 55417346310873101171497 | -569.20 |
| 11/07/16 | CHECKCARD 1104 First Watch Resta TAMPA        FL 25247806309000359078993 | -25.00 |
| 11/07/16 | CHECKCARD 1104 AT&T*BILL PAYMENT 08003310500  TX 55480776309083200117747 RECURRING | -256.66 |
| 11/07/16 | CHECKCARD 1104 FRESH KITCHEN - S ST. PETERSBURFL 25536066310103011813241 | ~18.01 |
| 11/07/16 | CHECKCARD 1104 HATTRICKS TAMPA        FL 25247806310000407573968 | ~11.00 |
| 11/07/16 | BKOFAMERICA ATM 11/05 #000001220 WITHDRWL DOWNTOWN ST PETE   ST PETERSBURG FL | -100.00 |
| 11/07/16 | LOWE'S #740    11/05 #000815115 PURCHASE 2365 25TH STREET   ST PETERSBURG FL | ~70.53 |
| 11/07/16 | MAZZARO'S ITAL  11/05 #000013876 PURCHASE 2909 22ND AVE N   SAINT PETERSB FL | ~36.29 |
| 11/07/16 | TRADER JOE'S #  11/05 #000542558 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | ~62.83 |
| 11/07/16 | PUBLIX SUPER M  11/05 #000060901 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | ~90.21 |
| 11/07/16 | CHECKCARD 1105 OUTBACK 2016 SAINT PETERSBFL 55432866311000881059133 | ~52.53 |
| 11/07/16 | BEDBATH&BEYOND  11/05 #000003241 PURCHASE 2060 66TH STREET  ST. PETERSBUR FL | ~97.69 |
| 11/07/16 | CHECKCARD 1105 073080 BAYWALK 20 ST PETERSBURGFL 75265866312696901695597 | ~12.72 |
| 11/07/16 | PUBLIX SUPER M  11/06 #000061248 PURCHASE 250 3RD STREET SO ST PETERSBURG FL | -39.90 |
| 11/07/16 | PUBLIX SUPER M  11/06 #000064637 PURCHASE 7999 MARTIN LUTHE ST PETERSBURG FL | ~72.12 |
| 11/07/16 | PUBLIX SUPER M  11/06 #000107366 PURCHASE 3838 BRITTON PLAZ TAMPA        FL | -88.71 |
| 11/07/16 | CVS/PHARMACY #  11/06 #000025993 PURCHASE 00149--294 37th A  St Petersburg FL | ~13.66 |
| 11/07/16 | CVS/PHARMACY #  11/06 #000041293 PURCHASE 02759--845 4th St  St. Petersbur FL | ~10.15 |
| 11/08/16 | CHECKCARD 1107 MOXIES CAFE TAMPA        FL 55444366313091558001115 | ~10.25 |
| 11/08/16 | BKOFAMERICA ATM 11/08 #000002473 WITHDRWL DOWNTOWN TAMPA    TAMPA     FL | -200.00 |
| 11/08/16 | BKOFAMERICA ATM 11/08 #000009125 WITHDRWL KENNEDY/MACDILL   TAMPA     FL | -400.00 |
| 11/08/16 | FRESH MKT-071   11/08 #000334403 PURCHASE FRESH MKT-071 STA TAMPA     FL | -50.77 |
| 11/09/16 | CHECKCARD 1108 SAMARIA CAFE TAMPA        FL 25247806313000759116603 | ~28.51 |
| 11/09/16 | SHELL Service   11/09 #000557654 PURCHASE SHELL Service S   SAINT PETERSB FL | ~35.90 |
| 11/09/16 | BKOFAMERICA ATM 11/09 #000002326 WITHDRWL NORTHEAST ST PET  ST PETERSBURG FL | -400.00 |
| 11/10/16 | CHECKCARD 1108 SOUTHWES 800-435-9792 TX 55432866314000727215797 | -505.90 |
| 11/10/16 | CHECKCARD 1108 SOUTHWES 800-435-9792 TX 55432866314000727215805 | -60.00 |

continued on the next page



**Your checking account**

JOHN A YANCHUNIS | Account #        2571 | October 22, 2016 to November 21, 2016

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/10/16 | CHECKCARD 1109 GOGOAIR.COM 877-350-0038 IL 5543286631400073914045 | -49.95 |
| 11/10/16 | CHECKCARD 1109 LEGAL SEA FOODS # WASHINGTON DC 55460296315207388601264 | -49.69 |
| 11/10/16 | PUBLIX SUPER M 11/10 #000058474 PURCHASE 250 3RD STREET SO ST PETERSBURG FL | -37.38 |
| 11/14/16 | CHECKCARD 1111 MARRIOTT METRO CE WASHINGTON DC 55432866316000831217802 | -424.80 |
| 11/14/16 | CHECKCARD 1111 APL*APPLEONLINEST 800-676-2775 CA 55432866316000958400108 | -167.83 |
| 11/14/16 | CHECKCARD 1110 VTS DISTRICT CAB/ WASHINGTON DC 55490406316263433464347 | -23.54 |
| 11/14/16 | CHECKCARD 1111 CAVA MEZZE MEDITE ARLINGTON VA 05314616316500209000026 | -16.94 |
| 11/14/16 | CHECKCARD 1110 THE AVENUE ST PETERSBURGFL 85486146318703304411375 | -59.22 |
| 11/14/16 | CHECKCARD 1111 BAVARO'S PIZZA TAMPA FL 55310206317200788300123 | -17.45 |
| 11/14/16 | CHECKCARD 1112 MASSAGE LUXE 07278955893 FL 55500806317083023428298 RECURRING | -58.00 |
| 11/14/16 | PUBLIX SUPER M 11/11 #000083233 PURCHASE 200 37TH AVE N  ST PETERSBURG FL | -98.02 |
| 11/14/16 | BKOFAMERICA ATM 11/12 #000008856 WITHDRWL NORTHEAST ST PET  ST PETERSBURG FL | -200.00 |
| 11/14/16 | CHECKCARD 1112 THE BIKE ROOM SAINT PETERSBFL 75504996318900017200031 | -53.50 |
| 11/14/16 | CHECKCARD 1113 SXM*SIRIUSXM.COM/ 888-635-5144 NY 55432866318000830149509 RECURRING | -64.71 |
| 11/14/16 | BEDBATH&BEYOND 11/12 #000009418 PURCHASE 2060 66TH STREET  ST. PETERSBUR FL | -41.88 |
| 11/14/16 | NST BEST BUY 11/12 #000601932 PURCHASE 6600 - 22ND AVENU  SAINT PETERSB FL | -748.99 |
| 11/14/16 | CHECKCARD 1112 APPLE STORE #R01 TAMPA FL 55432866318000829321044 | -1,755.87 |
| 11/14/16 | CHECKCARD 1112 TONY NELLOS SAINT PETERSBFL 05314616318100102078423 | -35.20 |
| 11/14/16 | CHECKCARD 1113 SXM*SIRIUSXM.COM/ 888-635-5144 NY 55432866318000830148089 RECURRING | -64.71 |
| 11/14/16 | CVS/PHARMACY # 11/13 #000029214 PURCHASE 00149--294 37th A  St Petersburg FL | -33.66 |
| 11/14/16 | PUBLIX SUPER M 11/13 #000085171 PURCHASE 3700 4TH STREET N  ST PETERSBURG FL | -33.68 |
| 11/14/16 | CHECKCARD 1113 SQ *SQ *TED DAVIS Sarasota FL 55432866318000082544662 | -85.60 |
| 11/14/16 | CHECKCARD 1113 SQ *WHITE FOREST SARASOTA FL 55429506318741495507450 | -120.84 |
| 11/14/16 | CHECKCARD 1113 IN *CHRISTIAN NEV 407-8839602 FL 55432866318000191711889 | -530.00 |
| 11/14/16 | CHECKCARD 1113 SQ *SQ *GOSQ.COM Sarasota FL 55432866318000120350452 | -508.25 |
| 11/14/16 | CHECKCARD 1113 CHA CHA COCONUTS SARASOTA FL 55548076319207099701070 | -104.21 |
| 11/14/16 | CHECKCARD 1113 GARDEN ARGOSY SARASOTA FL 55310206319206197800825 | -342.94 |
| 11/14/16 | CHECKCARD 1113 DESTINATION FLORI SARASOTA FL 55548076319207599600202 | -18.18 |
| 11/14/16 | THE FRESH MARK 11/13 #000164642 PURCHASE THE FRESH MARKETS  ST PETERSBURG FL | -51.85 |
| 11/14/16 | PUBLIX SUPER M 11/13 #000083649 PURCHASE 200 37TH AVE N  ST PETERSBURG FL | -70.41 |

continued on the next page

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/14/16 | WAWA STORE 516 11/13 #000708757 PURCHASE WAWA STORE 5162   PLANT CITY   FL | -30.92 |
| 11/15/16 | CHECKCARD 1114 S.D. OF FLORIDA 305-523-5050 FL 0543684632060003519918 | -75.00 |
| 11/15/16 | CHECKCARD 1114 WALL ST PLAZA ORLANDO    FL 55432866320000026365329 | -49.43 |
| 11/15/16 | CHECKCARD 1114 CITY OF ORLANDO P ORLANDO     FL 55310206320207497500070 | -12.00 |
| 11/15/16 | CHECKCARD 1114 BRISTOL WEST INSU DAVIE     FL 55420366320630171212234 | -775.00 |
| 11/15/16 | CHECKCARD 1114 CHEESECAKE TAMPA TAMPA     FL 55310206320400097000449 | -88.97 |
| 11/16/16 | CHECKCARD 1115 GRAND BOHEMIAN HO ORLANDO    FL 85222656320900016344323 | -325.13 |
| 11/16/16 | CHECKCARD 1115 BAVARO'S PIZZA TAMPA     FL 55310206321200788300234 | -9.49 |
| 11/16/16 | CHECKCARD 1115 OUTBACK 1022 OCALA     FL 55432866321000656170212 | -52.43 |
| 11/17/16 | CHECKCARD 1116 HILTON 211 RESTAU TAMPA     FL 55180136321050100025035 | -20.00 |
| 11/17/16 | CHECKCARD 1115 AGENT FEE BOWEN TRAVEL FL 55417346321873212830236 | -30.00 |
| 11/17/16 | CHECKCARD 1115 DELTA TAMPA     FL 55417346321873213878648 | -473.70 |
| 11/17/16 | CHECKCARD 1116 SQ *ISLAND TRANSP JACKSONVILLE FL 55429506321741338880168 | -66.00 |
| 11/17/16 | CHECKCARD 1116 HOOTERS OF JAX LA JACKSONVILLE FL 55453706322200499300239 | -36.43 |
| 11/17/16 | CHECKCARD 1116 CASA DORA JACKSONVILLE FL 25247806321001757132022 | -64.28 |
| 11/17/16 | CK 2721294     11/17 #000126491 PURCHASE CK 2721294       STARKE     FL | -1.81 |
| 11/17/16 | CRACKER BARREL 11/17 #000340894 PURCHASE 3801 SW COLLEGE R OCALA     FL | -22.12 |
| 11/17/16 | CRACKER BARREL 11/17 #000340896 PURCHASE 3801 SW COLLEGE R OCALA     FL | -13.77 |
| 11/17/16 | NST BEST BUY   11/17 #000571728 PURCHASE 1725 N. DALE MABR TAMPA     FL | -613.10 |
| 11/18/16 | CHECKCARD 1117 EPTL48931991 8773268689  FL 55457026323026170611687 | -425.39 |
| 11/18/16 | CHECKCARD 1117 MARRIOTT SAWGRASS PONTE VEDRA FL 55432866322000410491499 | -329.29 |
| 11/18/16 | CHECKCARD 1116 HYATT REGENCY - F JACKSONVILLE FL 55541866323072003327874 | -4.48 |
| 11/18/16 | CHECKCARD 1116 AGENT FEE BOWEN TRAVEL FL 55417346322873222998568 | -30.00 |
| 11/18/16 | CHECKCARD 1116 DELTA TAMPA     FL 55417346322873224025956 | -750.20 |
| 11/18/16 | CHECKCARD 1117 OMNI JACKSONVILLE JACKSONVILLE FL 55432866323000844891024 | -224.87 |
| 11/18/16 | CHECKCARD 1117 MARRIOTT SAWGRASS PONTE VEDRA  FL 55432866322000410491416 | -28.43 |
| 11/18/16 | 3 Z MART INC.  11/18 #000513271 PURCHASE 3 Z MART INC.     SAINT PETERSB FL | -8.50 |
| 11/21/16 | CHECKCARD 1118 EXXONMOBIL   973 SAINT PETERSBFL 15486806324378011109071 | -31.72 |
| 11/21/16 | CHECKCARD 1118 SOUTHWES 800-435-9792 TX 55432866324000794528195 | -569.88 |
| 11/21/16 | PUBLIX SUPER M 11/19 #000100803 PURCHASE 3700 4TH STREET N  ST PETERSBURG FL | -33.46 |
| 11/21/16 | BKOFAMERICA ATM 11/19 #000005952 WITHDRWL DOWNTOWN ST PETE   ST PETERSBURG FL | -200.00 |
| 11/21/16 | GREAT AMERICAN 11/19 #000528211 PURCHASE 4121 16TH ST N    ST PETERSBURG FL | -19.80 |
| 11/21/16 | CHECKCARD 1119 SQ *SQ *FINFISHCO Saint PetersbFL 55432866324000726073286 | -37.45 |

continued on the next page

 **Bank of America**

## Your checking account

JOHN A YANCHUNIS  |  Account #      2571  |  October 22, 2016 to November 21, 2016

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/21/16 | CHECKCARD 1119 SQ *MASON METAL D SAINT PETERSBFL 55429506324741361303499 | -192.60 |
| 11/21/16 | CHECKCARD 1119 SQ *MICHAEL STEWA ST. PETERSBURFL 55429506324740179179323 | -144.45 |
| 11/21/16 | THE FRESH MARK 11/19 #000753216 PURCHASE THE FRESH MARKETS ST PETERSBURG FL | ~60.25 |
| 11/21/16 | CHECKCARD 1120 DELTA TAMPA     FL 55417346326873262691525 | -971.20 |
| 11/21/16 | PUBLIX SUPER M 11/20 #000015644 PURCHASE 3838 BRITTON PLAZ TAMPA     FL | -216.84 |
| 11/21/16 | PIER 1     11/20 #000881654 PURCHASE PIER 1     TAMPA     FL | -641.89 |
| 11/21/16 | CHECKCARD 1120 FRESH KITCHEN TAMPA     FL 25536066326103006927545 | -34.19 |
| 11/21/16 | PUBLIX SUPER M 11/21 #000154284 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | ~24.02 |

**Total ATM and debit card subtractions**                                      **-$18,134.21**

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/16 | FL TLR cash withdrawal from CHK 2571 | -2,500.00 |
| 11/01/16 | AMSCOT     DES:PAYMENTS   ID:000187769350281  INDN:YANCHUNIS, JOHN A     CO ID:1592067931 PPD | -551.00 |
| 11/14/16 | FL TLR transfer to CHK 8520 | -2,600.00 |
| 11/14/16 | Customer Withdrawal Image | -60,640.09 |
| 11/15/16 | FL TLR cash withdrawal from CHK 2571 | -2,000.00 |
| 11/15/16 | WIRE TYPE:WIRE OUT DATE:161115 TIME:1057 ET TRN:2016111500275233 SERVICE REF:005638 BNF:BOSTON FINANCE GROUP LLC ID:710600403025 BNF BK:AMERICAN MOMENTUM BANK ID:063116025 PMT DET:XWKXV6HQX Capital injection/infusion JOHN | -7,500.00 |
| 11/17/16 | AMERICAN EXPRESS DES:ARC PMT   CHECK #:0190 INDN:     CO ID:2133133497 ARC | -500.00 |
| 11/21/16 | FL TLR cash withdrawal from CHK 2571 | -2,000.00 |

**Total other subtractions**                                                   **-$78,291.09**

JOHN A YANCHUNIS  |  Account #        2571  |  October 22, 2016 to November 21, 2016

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 11/16/16 | 191 | -40.59 |

| Date | Check # | Amount |
|------|---------|--------|
| 11/18/16 | 195* | -25.00 |
| **Total checks** | | **-$65.59** |
| **Total # of checks** | | **2** |

\* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date | |
|------|-----------------------|--------------------|---|
| Total Overdraft fees | $35.00 | $210.00 | We refunded to you a total of $140.00 in fees for Overdraft and/or NSF: Returned Items this year. |
| Total NSF: Returned Item fees | $0.00 | $175.00 | |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low

Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/01/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 11-01 | -35.00 |
| 11/08/16 | Wire Transfer Fee | -15.00 |
| 11/15/16 | Wire Transfer Fee | -30.00 |
| 11/21/16 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$92.00** |

Note your Ending Balance already reflects the subtraction of Service Fees



JOHN A YANCHUNIS   |   Account #          2571   |   October 22, 2016 to November 21, 2016

## Check images

**Account number: 2290 5416 2571**

Check number: 191   |   Amount: $40.59



Check number: 195   |   Amount: $25.00





P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🔹 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JOHN A YANCHUNIS
208 1/2 12TH AVE N
SAINT PETERSBURG, FL 33701-1738

Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your BofA Core Checking

for November 22, 2016 to December 21, 2016

Account number:      2571

**JOHN A YANCHUNIS**

## Account summary

| | |
|---|---|
| Beginning balance on November 22, 2016 | $114,456.54 |
| Deposits and other additions | 10,009.47 |
| ATM and debit card subtractions | -20,376.83 |
| Other subtractions | -8,078.75 |
| Checks | -0.00 |
| Service fees | -65.00 |
| **Ending balance on December 21, 2016** | **$95,945.43** |

## You're on your way to Better Money Habits®

Learn about managing finances with easy-to-understand videos, articles and tools available for free at **BetterMoneyHabits.com**.

**Better Money Habits®**

Powered by **Bank of America** 🌊 in partnership with **#KHAN**ACADEMY

Retiring
Borrowing
Planning
Saving

Bank of America, N.A. Member FDIC. Equal Housing Lender. 🏠 ©2016 Bank of America Corporation.    SSM-04-16-1617.B  |  ARC6LKG9



**Your checking account**

JOHN A YANCHUNIS   |   Account #        2571   |   November 22, 2016 to December 21, 2016

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 11/23/16 | Counter Credit | 4,465.92 |
| 11/28/16 | Counter Credit | 425.39 |
| 12/05/16 | BKOFAMERICA ATM 12/05 #000006313 DEPOSIT WESTSHORE MALL      TAMPA      FL | 75.00 |
| 12/09/16 | Counter Credit | 4,465.91 |
| 12/15/16 | Counter Credit | 564.43 |
| 12/19/16 | CHECKCARD  1218 FRESH MKT-071 STA TAMPA        FL 7553606635410101310 | 12.82 |
| **Total deposits and other additions** | | **$10,009.47** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 11/22/16 | CHECKCARD  1120 AGENT FEE BOWEN TRAVEL FL 55417346326873262351351 | -30.00 |
| 11/22/16 | CHECKCARD  1121 ROGERS CLEANERS A ST PETERSBURGFL 55421356327987126268809 | -91.42 |
| 11/22/16 | CHECKCARD  1121 JOTO THAI-SUSHI TAMPA       FL 55309596327838000040210 | -16.04 |
| 11/23/16 | CHECKCARD  1121 OLIVE GARDEN  000 TAMPA       FL 15410196327140705410007 | -20.85 |
| 11/23/16 | CHECKCARD  1122 DIAL 7 CS 718-3495207 NY 75418236327032651671569 | -78.00 |
| 11/23/16 | PUBLIX SUPER M  11/23 #000062021 PURCHASE 243 BAYSHORE BLVD  TAMPA        FL | -92.35 |
| 11/23/16 | WAL Wal-Mart S  11/23 #000624077 PURCHASE 4681 WAL-SAMS      TAMPA      FL | -62.98 |
| 11/23/16 | THE FRESH MARK  11/23 #000439349 PURCHASE THE FRESH MARKETS  ST PETERSBURG FL | -8.40 |
| 11/23/16 | TRADER JOE'S #  11/23 #000187996 PURCHASE TRADER JOE'S #7    ST PETERSBURG FL | -21.93 |
| 11/25/16 | CHECKCARD  1123 LAGUARDIA USA, LL NEW YORK     NY 55546506329006004985091 | -81.52 |
| 11/25/16 | CHECKCARD  1123 APL* ITUNES.COM/B 866-712-7753 CA 55432866328000162410600 | -0.69 |
| 11/25/16 | CHECKCARD  1123 ABM PARKING TAMPA TAMPA       FL 75265866328814300494858 | -22.00 |

*continued on the next page*

**Tell us what you're thinking**

Join the **Bank of America® Advisory Panel**. You'll help us learn what we're doing right and what we can do better. And, just for joining, you'll be entered into a drawing for a chance to win a $3,000 Visa® gift card.

To learn more and join, enter code CADD at
**bankofamerica.com/advisorypanel.**

No purchase necessary. Sweepstakes ends 02/28/17. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited.

SSM-09-16-0091.B  |  ARFPV669

JOHN A YANCHUNIS  |  Account          2571  |  November 22, 2016 to December 21, 2016

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/25/16 | CHECKCARD 1124 BAMBOOZLE CAFE TAMPA      FL 55310206329091843000451 | ~16.85 |
| 11/25/16 | CHECKCARD 1123 INDIGO COFFEE HOU TAMPA      FL 05314616329100095046053 | -8.93 |
| 11/25/16 | STEIN MAR 3916 11/24 #000216953 PURCHASE STEIN MAR 3916 Br Tampa      FL | ~18.15 |
| 11/25/16 | TARGET T- 3625 11/24 #000018232 PURCHASE TARGET T- 3625 W Tampa      FL | -288.87 |
| 11/25/16 | NNT TOYS R US 11/24 #000051514 PURCHASE 330 BRANDONTOWN C BRANDON      FL | -293.04 |
| 11/25/16 | MACY'S      83 11/24 #000000068 PURCHASE 638 BRANDON TOWN BRADENTON   FL | ~51.35 |
| 11/25/16 | CVS/PHARMACY # 11/25 #000040843 PURCHASE 02759--845 4th St St. Petersbur FL | -67.25 |
| 11/25/16 | GAP OUTLET US 11/25 #000043482 PURCHASE 5141 FACTORY SHOP ELLENTON      FL | -139.41 |
| 11/25/16 | SUNGLASS HUT 4 11/25 #000010089 PURCHASE SUNGLASS HUT 4633 ELLENTON      FL | ~85.19 |
| 11/25/16 | BATH & BODY WO 11/25 #000040697 PURCHASE BATH & BODY WORKS ELLENTON      FL | ~37.81 |
| 11/25/16 | BATH & BODY WO 11/25 #000040698 PURCHASE BATH & BODY WORKS ELLENTON      FL | ~48.46 |
| 11/25/16 | BATH & BODY WO 11/25 #000040699 PURCHASE BATH & BODY WORKS ELLENTON      FL | ~82.54 |
| 11/25/16 | LUCKY BRAND #3 11/25 #000012819 PURCHASE 5625 FACTORY SHOP ELLENTON      FL | -404.83 |
| 11/25/16 | CROSSTOWN      11/25 #000910000 PURCHASE 3699 WEST GANDY B TAMPA      FL | -7.00 |
| 11/25/16 | COSTCO WHSE #0 11/25 #000458800 PURCHASE 2655 GULF TO BAY CLEARWATER  FL | -834.95 |
| 11/28/16 | CHECKCARD 1124 TAYLOR MADE ELLENTON    FL 55309596331962111216636 | ~20.87 |
| 11/28/16 | CHECKCARD 1125 WOODY'S RIVER ROO ELLENTON    FL 55547506331253790013754 | -98.00 |
| 11/28/16 | CHECKCARD 1125 PANERA BREAD #335 CLEARWATER FL 05140486330720038550815 | -19.58 |
| 11/28/16 | TRADER JOE'S # 11/26 #000467759 PURCHASE TRADER JOE'S #7 ST PETERSBURG FL | ~84.42 |
| 11/28/16 | PUBLIX SUPER M 11/26 #000116043 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -82.41 |
| 11/28/16 | CHECKCARD 1126 SHOOZ ON BEACH DR ST PETERSBURGFL 55421356332987121043663 | -176.55 |
| 11/28/16 | CHECKCARD 1126 SHAPIROS SAINT PETERSBFL 55436876332133329753288 | ~85.60 |
| 11/28/16 | PUBLIX SUPER M 11/26 #000055715 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -106.92 |
| 11/28/16 | CHECKCARD 1126 TUESDAY MORNING # TAMPA      FL 55309596332838000030651 | ~37.31 |
| 11/28/16 | CHECKCARD 1126 PET SUPERMARKET # TAMPA      FL 05140486331720056245602 | ~17.42 |
| 11/28/16 | FRESH MKT-071 11/26 #000747350 PURCHASE FRESH MKT-071 STA TAMPA      FL | ~24.46 |
| 11/28/16 | CHECKCARD 1127 IRISH 31 WESTSHOR TAMPA      FL 25247806332002897324369 | ~19.98 |
| 11/28/16 | CHECKCARD 1127 AMC WESTSHORE PLZ TAMPA      FL 55541866333072012858776 | ~15.32 |
| 11/28/16 | CHECKCARD 1127 AMC WESTSHORE PLZ TAMPA      FL 55541866333072012858750 | -8.02 |
| 11/28/16 | CHECKCARD 1127 AMC WESTSHORE PLZ TAMPA      FL 55541866333072012858768 | -7.98 |
| 11/28/16 | CHECKCARD 1127 HOME TEAM CAR WAS ST PETERSBURGFL 75500596333009840034998 | -6.00 |
| 11/29/16 | CHECKCARD 1129 BAMBOOZLE CAFE TAMPA      FL 55310206334091846000691 | -5.08 |
| 11/29/16 | CHECKCARD 1129 BAMBOOZLE CAFE TAMPA      FL 55310206334091846000725 | -3.48 |

continued on the next page



JOHN A YANCHUNIS  |  Account #        2571  |  November 22, 2016 to December 21, 2016

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions – continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/29/16 | CHECKCARD  1128 001 DEBTORCC INC JERSEY CITY  NJ 55161586334993267098432 | -14.95 |
| 11/29/16 | DUKEENERGY EZ  11/28 #000801777 PURCHASE DUKEENERGY EZ PAY CHARLOTTE    NC | -234.72 |
| 11/30/16 | CHECKCARD  1129 HILTON 211 RESTAU TAMPA      FL 55180136335050100021566 | -6.85 |
| 11/30/16 | CHECKCARD  1128 AGENT FEE BOWEN TRAVEL FL 55417346334873343226408 | -30.00 |
| 11/30/16 | CHECKCARD  1128 DELTA TAMPA      FL 55417346334873344633727 | -461.20 |
| 11/30/16 | CHECKCARD  1129 HILTON 211 RESTAU TAMPA      FL 55180136335050100022812 | -7.49 |
| 11/30/16 | CHECKCARD  1129 FRESH KITCHEN - S ST, PETERSBURFL 25536066335103009118216 | -20.62 |
| 12/01/16 | CHECKCARD  1130 KINGS KITCHEN OF CHARLOTTE   NC 55480776336200099300450 | -37.00 |
| 12/01/16 | BKOFAMERICA ATM 12/01 #000004377 WITHDRWL CHARLOTTE DOUGLA  CHARLOTTE    NC | -20.00 |
| 12/02/16 | CHECKCARD  1130 HILTON 211 LOUNGE TAMPA      FL 55180136337050200017215 | -14.27 |
| 12/02/16 | CHECKCARD  1201 ABM PARKING TAMPA TAMPA      FL 75265866337873700542319 | -36.00 |
| 12/02/16 | CHECKCARD  1201 PS STARBUCKS 122 CHARLOTTE   NC 15410196337531457436703 | -23.71 |
| 12/02/16 | SHELL Service  12/01 #000888375 PURCHASE SHELL Service S   SAINT PETERSB FL | -20.00 |
| 12/05/16 | CHECKCARD  1202 MARRIOTT CHARLOTT CHARLOTTE   NC 55432866337000017012055 | -344.60 |
| 12/05/16 | CHECKCARD  1202 DUNKIN #346385 PUNTA GORDA FL 55541866338072029529985 | -3.91 |
| 12/05/16 | CHECKCARD  1202 CHICK-FIL-A #0078 ST PETERSBURGFL 05140486338710011564570 | -20.86 |
| 12/05/16 | CHECKCARD  1203 BRIGHT HOUSE NETW 317-972-9700 FL 55432866338000495530155 RECURRING | -210.29 |
| 12/05/16 | CHECKCARD  1202 FRESH KITCHEN TAMPA      FL 25536066339103009226817 | -19.28 |
| 12/05/16 | CHECKCARD  1203 STARBUCKS STORE 0 SAINT PETERSBFL 55432866339000216957454 | -14.58 |
| 12/05/16 | BANK OF OZARKS  12/03 #000472283 WITHDRWL 158 BEACH DRIVE N  ST PETERSBURG FL | -103.00 |
| 12/05/16 | CHECKCARD  1203 8726 GREAT CLIPS SAINT PETERSBFL 25247806338000304138236 | -18.00 |
| 12/05/16 | AT&T 3RPP 1005  12/03 #000201205 PURCHASE AT&T 3RPP 10054   SAINT PETERSB FL | -35.33 |
| 12/05/16 | AT&T 3RPP 1005  12/03 #000201236 PURCHASE AT&T 3RPP 10054   SAINT PETERSB FL | -114.40 |
| 12/05/16 | STEIN MAR 218  12/03 #000109294 PURCHASE STEIN MAR 218 37t  St. Petersbur FL | -55.96 |
| 12/05/16 | TRADER JOE'S #  12/03 #000493494 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -78.80 |
| 12/05/16 | FRESH MKT-071  12/03 #000749420 PURCHASE FRESH MKT-071 STA  TAMPA      FL | -163.19 |
| 12/05/16 | BKOFAMERICA ATM 12/03 #000003833 WITHDRWL SOUTH MANHATTAN  TAMPA      FL | -400.00 |
| 12/05/16 | PUBLIX SUPER M  12/03 #000148822 PURCHASE 200 37TH AVE N   ST PETERSBURG FL | -3.59 |
| 12/05/16 | SUNTRUST       12/04 #000993767 WITHDRWL @CENTRAL PLAZA   ST PETERSBURG FL | -303.50 |
| 12/05/16 | CHECKCARD  1204 AT&T*BILL PAYMENT 08003310500  TX 55480776339083210273039 RECURRING | -221.24 |

continued on the next page

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 12/05/16 | PUBLIX SUPER M  12/04 #000064548 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -141.63 |
| 12/06/16 | CHECKCARD  1205 DELTA DELTA.COM   CA 55417346341873411526466 | -11.20 |
| 12/07/16 | CHECKCARD  1204 THE AVENUE ST PETERSBURGFL 85486146341703304410394 | -15.84 |
| 12/07/16 | CHECKCARD  1205 SHERATON TAMPA RI TAMPA       FL 85504996341900017031501 | -40.44 |
| 12/07/16 | CHECKCARD  1206 APL* ITUNES.COM/B 866-712-7753 CA 55432866341000601987401 | -2.99 |
| 12/07/16 | CHECKCARD  1206 GERMAN GLASS GERMAN       IL 55432866342000902029571 | -33.02 |
| 12/07/16 | CHECKCARD  1206 THE DANCING WOLF WARRENVILLE IL 55436876341283410811542 | -42.00 |
| 12/07/16 | CHECKCARD  1206 STARBUCKS STORE 0 CHICAGO      IL 55432866342000239072740 | -2.51 |
| 12/07/16 | CHECKCARD  1206 CATCH THIRTY FIVE CHICAGO     IL 25536066342104019610441 | -148.21 |
| 12/08/16 | CHECKCARD  1206 AGENT FEE BOWEN TRAVEL FL 55417346342873422515960 | -30.00 |
| 12/08/16 | CHECKCARD  1207 ABM PARKING TAMPA TAMPA      FL 75265866343913600534859 | -30.00 |
| 12/08/16 | CHECKCARD  1206 DYLAN'S CANDY BAR CHICAGO     IL 55432866343000611498363 | -17.25 |
| 12/08/16 | CHECKCARD  1207 SUBWAY       006 ATLANTA      GA 15410196343255238839793 | -10.31 |
| 12/08/16 | BKOFAMERICA ATM 12/08 #000005614 WITHDRWL DOWNTOWN TAMPA     TAMPA       FL | -300.00 |
| 12/09/16 | CHECKCARD  1208 MARRIOTT JW CHICA CHICAGO     IL 55432866343000950949547 | -749.02 |
| 12/09/16 | CHECKCARD  1208 GOGOAIR.COM 877-350-0038 IL 55432866343000118268822 | -49.95 |
| 12/09/16 | CHECKCARD  1208 JIMMY JOHNS - 108 TAMPA      FL 05314616344500230115344 | -7.47 |
| 12/09/16 | CHECKCARD  1208 PP*GRECCOPHOTO DUNEDIN    FL 55429506343894711485438 | -95.00 |
| 12/09/16 | WALGREENS STOR  12/09 #000141034 PURCHASE 3863 S DALE MABRY  TAMPA       FL | -29.00 |
| 12/12/16 | CHECKCARD  1209 TGH – MAIN REGIST TAMPA     FL 85432906346701584521689 | -3,052.91 |
| 12/12/16 | CHECKCARD  1208 CASSIS AMERICAN B SAINT PETERSBFL 25247806344000870517336 | -472.13 |
| 12/12/16 | CHECKCARD  1209 CITY OF ORLANDO P ORLANDO     FL 55310206344207497300192 | -8.00 |
| 12/12/16 | CHECKCARD  1209 FRESH KITCHEN TAMPA      FL 25536066345103010182878 | -38.27 |
| 12/12/16 | BKOFAMERICA ATM 12/09 #000006840 WITHDRWL SOUTH MANHATTAN   TAMPA       FL | -40.00 |
| 12/12/16 | WAWA 5147       12/10 #000368450 PURCHASE WAWA 5147      LARGO     FL | -39.68 |
| 12/12/16 | CHECKCARD  1210 #87 BRIO INTERNAT TAMPA      FL 55463156346200699300367 | -102.51 |
| 12/12/16 | CHECKCARD  1210 FRENCH ACCENT TAMPA      FL 75428176346928407439990 | -105.00 |
| 12/12/16 | MICHAELS STORE  12/10 #000246211 PURCHASE MICHAELS STORES I TAMPA      FL | -51.85 |
| 12/12/16 | TRADER JOE'S #  12/11 #000440672 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -52.88 |
| 12/12/16 | PUBLIX SUPER M  12/11 #000067525 PURCHASE 1313 S DALE MABRY  TAMPA      FL | -106.14 |
| 12/12/16 | Pet Supermarke  12/11 #000422469 PURCHASE 3806 S DALE MABRY  TAMPA      FL | -40.65 |
| 12/12/16 | PUBLIX SUPER M  12/11 #000074816 PURCHASE 3838 BRITTON PLAZ  TAMPA      FL | -9.62 |
| 12/12/16 | BROOKS BROTHER  12/11 #000017959 PURCHASE 1616 SNOW AVE    TAMPA      FL | -214.75 |

continued on the next page



**Your checking account**

JOHN A YANCHUNIS | Account #        2571 | November 22, 2016 to December 21, 2016

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 12/12/16 | CVS/PHARMACY # 12/11 #000011715 PURCHASE 03930--611 S Howa  Tampa        FL | -7.27 |
| 12/12/16 | CHECKCARD 1211 FRESH KITCHEN TAMPA        FL 25536066347103007292845 | -9.51 |
| 12/13/16 | CHECKCARD 1212 CORNER BAKERY CAF ATLANTA        GA 55310206348838000020699 | -8.65 |
| 12/13/16 | CHECKCARD 1212 CANTINA GRILL TER DENVER        CO 55460296348286288900456 | -9.99 |
| 12/13/16 | CHECKCARD 1212 CARIBOU COFFEE MA DENVER        CO 55460296348206988002890 | -2.59 |
| 12/13/16 | CHECKCARD 1213 THE BROKER RESTAU DENVER        CO 05314616348500208119936 | -103.40 |
| 12/14/16 | CHECKCARD 1213 THE RITZ-CARLTON ATLANTA        GA 55432866349000911676209 | -750.00 |
| 12/14/16 | CHECKCARD 1213 MILK AND HONEY BA DENVER        CO 25536066349104014614235 | -38.00 |
| 12/14/16 | CHECKCARD 1213 UWORLD 9728873293  TX 55429506348715198552207 | -89.00 |
| 12/14/16 | LOWE'S #1629    12/14 #000441925 PURCHASE 4210 S DALE MABRY  TAMPA        FL | -28.51 |
| 12/15/16 | CHECKCARD 1206 DELTA TAMPA        FL 55417346350583500494009 | -233.00 |
| 12/15/16 | CHECKCARD 1213 STOUT ST SOCIAL DENVER        CO 55458856349207699500499 | -50.25 |
| 12/15/16 | CHECKCARD 1214 CARRIBOU COFFEE C DENVER        CO 55460296350207088600554 | -8.86 |
| 12/15/16 | CHECKCARD 1214 ABM PARKING TAMPA TAMPA        FL 75265866350960200527965 | -30.00 |
| 12/16/16 | CHECKCARD 1214 AGENT FEE BOWEN TRAVEL FL 55417346350873502533387 | -30.00 |
| 12/16/16 | CHECKCARD 1214 DELTA TAMPA        FL 55417346350873503355947 | -1,015.20 |
| 12/16/16 | CHECKCARD 1214 THE RITZ-CARLTON ATLANTA        GA 55432866350000694580962 | -51.12 |
| 12/16/16 | CHECKCARD 1214 THE RITZ-CARLTON ATLANTA        GA 55432866350000694581093 | -51.20 |
| 12/16/16 | CHECKCARD 1215 MARRIOTT DENVER C DENVER        CO 55432866350000597986365 | -448.76 |
| 12/16/16 | CHECKCARD 1215 FLORA TAMPA        FL 55457026351400999000023 | -69.55 |
| 12/16/16 | CHECKCARD 1215 JOTO THAI-SUSHI TAMPA        FL 55309596351838000048956 | -42.28 |
| 12/19/16 | CHECKCARD 1216 HILTON STARBUCKS TAMPA        FL 55180136351050100027174 | -6.85 |
| 12/19/16 | CHECKCARD 1216 First Watch Resta TAMPA        FL 25247806351001686121990 | -11.62 |
| 12/19/16 | CHECKCARD 1217 HILTON STARBUCKS TAMPA        FL 55180136352050100025250 | -1.07 |
| 12/19/16 | CHECKCARD 1217 ROGERS CLEANERS A ST PETERSBURGFL 55421356353987172241418 | -82.32 |
| 12/19/16 | USF-ST-PE 785   12/17 #000630247 PURCHASE USF-ST-PE 785 FIR  ST. PETERSBUR FL | -28.85 |
| 12/19/16 | CHECKCARD 1217 SQ *FINFISHCO.COM SAINT PETERSBFL 55429506352740289369496 | -74.90 |
| 12/19/16 | CHECKCARD 1217 TBPAC WEB SALES 813-2221000 FL 85418366353118000129663 | -286.40 |
| 12/19/16 | CHECKCARD 1217 CASSIS AMERICAN B SAINT PETERSBFL 25247806353001874553143 | -74.00 |
| 12/19/16 | CHECKCARD 1217 SQ *TWISTEDDIMENS ST. PETERSBURFL 55429506352741438753093 | -139.10 |
| 12/19/16 | CHECKCARD 1217 FIT2RUN ST PETERS ST PETERSBURGFL 55546506353556015142859 | -199.17 |

continued on the next page

JOHN A YANCHUNIS  |  Account #          2571  |  November 22, 2016 to December 21, 2016

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/16 | BEDBATH&BEYOND 12/17 #000006093 PURCHASE 2060 66TH STREET  ST. PETERSBUR FL | ~79.11 |
| 12/19/16 | LOCALE MARKET  12/17 #000119446 PURCHASE 153 2ND AVE NORTH  SAINT PETERSB FL | ~36.77 |
| 12/19/16 | CHECKCARD  1217 FLORIDA JEAN COMP ST PETERSBURGFL 25457336353008518257752 | ~64.20 |
| 12/19/16 | HAPPY FEET PLU  12/17 #000000369 PURCHASE HAPPY FEET PLUS # SAINT PETERSB FL | -230.03 |
| 12/19/16 | CHECKCARD  1217 AMC WESTSHORE PLZ TAMPA        FL 55541866354072002888522 | -30.47 |
| 12/19/16 | USPS KIOS 701  12/18 #000618295 PURCHASE USPS KIOS 701 77T  SAINT PETERSB FL | -9.40 |
| 12/19/16 | CHECKCARD  1218 SAMS CLUB #6642 TAMPA        FL 05436846354400024230818 | -180.58 |
| 12/19/16 | RTG CUST AR  12/18 #000000001 PURCHASE 7035 US HWY 19   PINELLAS PARK FL | -973.67 |
| 12/19/16 | CHECKCARD  1218 SPORT CLIPS FL117 ST. PETERSBURFL 55309596353706000365506 | ~28.00 |
| 12/19/16 | LOCALE MARKET  12/18 #000119588 PURCHASE 153 2ND AVE NORTH  SAINT PETERSB FL | ~13.25 |
| 12/19/16 | CHECKCARD  1218 FIT2RUN ST PETERS ST PETERSBURGFL 55546506354556015243441 | ~77.04 |
| 12/19/16 | RACETRAC508    12/18 #000578523 PURCHASE RACETRAC508        CLEARWATER    FL | ~30.00 |
| 12/19/16 | COSTCO WHSE #0  12/18 #000160400 PURCHASE 2655 GULF TO BAY  CLEARWATER    FL | -265.27 |
| 12/19/16 | COSTCO WHSE #0  12/18 #000135600 PURCHASE 2655 GULF TO BAY  CLEARWATER    FL | ~10.70 |
| 12/19/16 | TRADER JOE'S #  12/18 #000590864 PURCHASE TRADER JOE'S #7   ST PETERSBURG FL | -23.34 |
| 12/19/16 | CVS/PHARMACY #  12/18 #000029919 PURCHASE 00149--294 37th A  St Petersburg FL | ~47.02 |
| 12/19/16 | PUBLIX SUPER M  12/18 #000585885 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -6.82 |
| 12/19/16 | PUBLIX SUPER M  12/18 #000124587 PURCHASE 200 37TH AVE N    ST PETERSBURG FL | -110.79 |
| 12/19/16 | CVS/PHARMACY #  12/18 #000045166 PURCHASE 02759--845 4th St  St. Petersbur FL | -8.86 |
| 12/19/16 | BKOFAMERICA ATM 12/19 #000009730 WITHDRWL WESTSHORE MALL    TAMPA       FL | -600.00 |
| 12/20/16 | CHECKCARD  1218 FLORIDA JEAN COMP ST PETERSBURGFL 25457336354008519562605 | -115.55 |
| 12/20/16 | CHECKCARD  1218 #652 TOMMY BAHAMA ST. PETERSBURFL 55432866354000336335292 | -147.66 |
| 12/20/16 | PANDORA SAN FR  12/20 #000017192 PURCHASE 845 MARKET ST STE  SAN FRANCISCO CA | -141.38 |
| 12/21/16 | CHECKCARD  1220 BOBS STEAKCHOPHOU SAN FRANCISCOCA 55432866356000754792790 | -107.72 |
| 12/21/16 | BKOFAMERICA ATM 12/21 #000002768 WITHDRWL 5TH AND COLUMBIA  SEATTLE      WA | -200.00 |

**Total ATM and debit card subtractions**                                    **-$20,376.83**

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 11/22/16 | METLIFE          DES:CHECKPYMT  CHECK #:0188 INDN:933308892        CO ID:8880063394 ARC | ~75.00 |
| 11/23/16 | WIRE TYPE:WIRE OUT DATE:161123 TIME:1506 ET TRN:2016112300336716 SERVICE REF:011651 BNF:BOSTON FINANCE GROUP LLC ID:710600403025 BNF BK:AMERICAN MOMENTUM BANK ID:063116025 PMT DET:GHPY47WPL John Yanchunis | -1,000.00 |
| 11/28/16 | FL TLR cash withdrawal from CHK 2571 | -1,000.00 |

continued on the next page

 **Bank of America**

**Your checking account**

JOHN A YANCHUNIS | Account #      2571 | November 22, 2016 to December 21, 2016

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/28/16 | FL TLR cash withdrawal from CHK 2571 | -1,800.00 |
| 12/16/16 | WIRE TYPE:WIRE OUT DATE:161216 TIME:1220 ET TRN:2016121600279286 SERVICE REF:008245 BNF:BOSTON FINANCE GROUP LLC ID:710600403025 BNF BK:AMERICAN MOMENTUM BANK ID:063116025 PMT DET:3KTJARLWP John Yanchunis | -2,000.00 |
| 12/19/16 | Customer Withdrawal Image | -2,203.75 |
| **Total other subtractions** | | **-$8,078.75** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date | |
|---|---|---|---|
| Total Overdraft fees | $0.00 | $210.00 | We refunded to you a total of $140.00 in fees for Overdraft and/or NSF: Returned Items this year. |
| Total NSF: Returned Item fees | $0.00 | $175.00 | |

**To help avoid overdraft and returned item fees, you can set up:**

   Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low
   Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/23/16 | Wire Transfer Fee | -30.00 |
| 12/05/16 | BANK OF OZARKS  12/03 #000472283 WITHDRWL 158 BEACH DRIVE N  ST PETERSBURG FL   FEE | -2.50 |
| 12/05/16 | SUNTRUST      12/04 #000993767 WITHDRWL @CENTRAL PLAZA    ST PETERSBURG FL   FEE | -2.50 |
| 12/16/16 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$65.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

| Debtor 1 | John Allen Yanchunis, Sr. | Case number (*if known*) | **8:16-bk-10109-MGW** |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Nancy Harrison v John Yanchunis<br>Case No. 2014-CA-1493** | | **Leon County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **John Allen Yanchunis, Sr. v James,<br>Hoyer, Newcomer & Smiljanich,<br>P.A.<br>Case No. 2012-CA-3884** | | **Hillsborough County Circuit<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **US Bank National Association v<br>John Yanchunis, Et al.<br>Case No. 2015-CA-3026** | **Foreclosure** | **Pinellas County Circuit<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Boston Finance Group, LLC vs<br>John Yanchunis<br>Case No. 2015-CA-1787** | | **Pinellas County Circuit<br>Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Yanchunis v Yanchunis** | **Dissolution of<br>Marriage** | **Pinellas County Circuit<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | John Allen Yanchunis, Sr. | Case number (if known) | 8:16-bk-10109-MGW |
|---|---|---|---|

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **BMW Financial Services NA, LLC**<br>**c/o Ascension Capital Group**<br>**P.O. Box 165028**<br>**Irving, TX 75016-5028** | **2011 BMW 750**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>☐ Property was attached, seized or levied. | **2013** | **Undetermined** |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Raquel Wilkes**<br>**4814 West Bay Court Ave.**<br>**Tampa, FL 33611** | **Various birthday and Christmas gifts totaling approximately $8,000** | **Various** | **Undetermined** |
| Person's relationship to you: **Friend** | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **John Allen Yanchunis, Sr.** | Case number *(if known)* | **8:16-bk-10109-MGW** |

---

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☐ No
   ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Statement of Financial Affairs for Individuals Filing for Bankruptcy

Debtor 1   **John Allen Yanchunis, Sr.**                                          Case number *(if known)*   **8:16-bk-10109-MGW**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **SunTrust Bank** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 2015** | **$0.00** |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **John Allen Yanchunis, Sr.** | Case number *(if known)* | **8:16-bk-10109-MGW** |
| --- | --- | --- | --- |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| **Founders Funding, LLC** | **Form Funding**<br><br>**Marcie Walter** | EIN:    **26-2936336**<br><br>From-To    **2008 to Present** |
| **James, Hoyer, Newcomer & Smiljanich** | **Law Firm**<br><br>**Marcie Walter** | EIN:    **59-3479025**<br><br>From-To    **December 1997 to 2015** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
| --- | --- |
| **Boston Finance Group, LLC**<br>**Attn:  Allyson Lazzara, Esq.**<br>**4912 Creekside Dr.**<br>**Clearwater, FL 33760** | **2015** |
| **Nancy Harrison**<br>**2519 Harriman Circle**<br>**Tallahassee, FL 32308** | **2016** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **John Allen Yanchunis, Sr.**                              Case number *(if known)*    **8:16-bk-10109-MGW**

---

**Part 12:    Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **John Allen Yanchunis, Sr.** | **Signature of Debtor 2** |
| **Signature of Debtor 1** | |

Date    1/10/2017                               Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **John Allen Yanchunis, Sr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Florida, Tampa Division |
| Case number (if known) | **8:16-bk-10109-MGW** |

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **40,641.42** | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ **0.00** | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | **0.00** | | |
| Ordinary and necessary operating expenses | -$ | **0.00** | | |
| Net monthly income from a business, profession, or farm | $ | **0.00** | Copy here -> $ **0.00** | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | **0.00** | | |
| Ordinary and necessary operating expenses | -$ | **0.00** | | |
| Net monthly income from rental or other real property | $ | **0.00** | Copy here -> $ **0.00** | $ |

Debtor 1    **John Allen Yanchunis, Sr.**                                    Case number (*if known*)    **8:16-bk-10109-MGW**

|  |  | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2** |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

|  | *Column A* | *Column B* |
|---|---|---|
| | $ | $ |
| | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ **40,641.42** + $ _____ = $ **40,641.42**

Debtor 1     __John Allen Yanchunis, Sr._____     Case number (*if known*)    __8:16-bk-10109-MGW__

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

__John Allen Yanchunis, Sr.__
Signature of Debtor 1

Date _____
      MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

### Chapter 11: Reorganization

|   |        |                     |
|---|--------|---------------------|
|   | $1,167 | filing fee          |
| + | $550   | administrative fee  |
|   | $1,717 | total fee           |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,

> most student loans,

> certain taxes,

> debts for fraud or theft,

> debts for fraud or defalcation while acting in a fiduciary capacity,

> most criminal fines and restitution obligations,

> certain debts that are not listed in your bankruptcy papers,

> certain debts for acts that caused death or personal injury, and

> certain long-term secured debts.

<table>
<tr><td>

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</td></tr>
</table>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.